4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## ORDER

OCT 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA, | § | |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF HECTOR ANDY LUNA, A MINOR | § | |
| CHILD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-188 |
| | § | |
| MAGDALENA FLORES, M.D. AND | § | |
| BROWNSVILLE OBSTETRICS & | § | |
| GYNECOLOGY, P.L.L.C. | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON (OPPOSED) MOTION FOR SUBSTITUTION OF THE UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF MAGDALENA FLORES, M.D. AND MEMORANDUM IN SUPPORT THEREOF (DOCKET NO. 3)**

PLACE:                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                        DATE AND TIME:

**NOVEMBER 7, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    OCTOBER 2, 2002

TO:    MR. PETER M. ZAVALETTA
       MS. NANCY MASSO
       MR. RICARDO ADOBBATI