IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA | § | |
| Individually and as Next Friend of | § | |
| HECTOR ANDY LUNA, Minor child | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. B-02-188 |
| VS. | § | |
| | § | |
| MAGDALENA FLORES, M.D. | § | |
| & BROWNSVILLE OBSTETRICS | § | |
| GYNECOLOGY, P.L.L.C. | § | |
| Defendants | § | |

United States District Court
Southern District of Texas
FILED

OCT 1 0 2002

Michael N. Milby
Clerk of Court

MAGDALENA FLORES, M.D. and BROWNSVILLE OBSTETRICS
And GYNECOLOGY, P.L.L.C. CERTIFICATE OF
INTERESTED PARTIES

Pursuant to Paragraph 3 of the Order for Conference and Disclosure of Interested Parties filed on September 27, 2002, Magdalena Flores, M.D. and Brownsville Obstetrics and Gynecology, P.L.L.C. state that other than the below-named entities (or their affiliates, as described below), they are not aware of any parties that may be financially interested in this litigation:

1. Magdalena Flores, M.D.
2. Brownsville Obstetrics and Gynecology, P.L.L.C.
3. United States of America
4. Andy Luna
5. Christina Luna
6. Hector Andy Luna, minor child

Respectfully Submitted,

LAW OFFICES OF RICARDO M. ADOBBATI

By: _____
HON. RICARDO M. ADOBBATI
State Bar No. 00790208

Cameron County I.D. #442401
Fed I.D. #18158

ATTORNEY FOR DEFENDANTS

134 East Price Road
Brownsville, Texas 78521
(956) 544-6882
(956) 544-6883 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to all counsel of record on this the ___9TH___ day of ___OCTOBER___ 2002 as follows:

Mr. Peter Zavaletta
The Zavaletta Law Firm
603 E. St. Charles, Street
Brownsville, Texas 78520

Ms. Nancy Masso
U.S. Attorney
U.S. Department of Justice
600 E. Harrison #201
Brownsville, Texas 78520

_____
RICARDO M. ADOBBATI