

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 3 1 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA | § | |
| Individually and as Next Friend of | § | |
| HECTOR ANDY LUNA, Minor Child | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-188 |
| | § | |
| | § | |
| MAGDALENA FLORES, M.D. | § | |
| & BROWNSVILLE OBSTETRICS & | § | |
| GYNECOLOGY, P.L.L.C. | § | |

PLAINTIFFS' RESPONSE TO MOTION FOR SUBSTITUTION
OF THE UNITED STATES OF AMERICA AS DEFENDANT IN
THE STEAD OF MAGDALENA FLORES, M.D.

COMES NOW ANDY LUNA et al., Plaintiffs in the above-styled, and file this their

RESPONSE TO MOTION FOR SUBSTITUTION OF THE UNITED STATES OF AMERICA

AS DEFENDANT IN THE STEAD OF MAGDALENA FLORES, M.D. (MOTION FOR

SUBSTITUTION) and by way of response would show the Court as follows:

I. BACKGROUND AND SUMMARY

Plaintiffs filed suit in the 197th District Court, Cameron County, Texas on May 29, 2002

against Defendants herein pursuant to article 4590i of the Revised Civil Statutes of Texas.

Plaintiffs did not then and have not since, sued the Brownsville Community Health Clinic

("BCHC"). Moreover, as Paragraph 4.2 of Plaintiffs' Original Petition states:

> The defendants' care and treatment of CRISTINA LUNA and her son HECTOR
> ANDY LUNA on June 11, 2000 at BROWNSVILLE MEDICAL CENTER
> was negligent in at least one or more particulars, which negligent acts and/or
> omissions to act was/were, singularly and/or in combination, the proximate
> cause of the injuries suffered by the minor child the subject of this suit.

*See* Plaintiffs' Original Petition, Exhibit 1 hereto. The petition specifies that only the acts and omissions of defendants[1] at Brownsville Medical Center, and only those that should or should not have occurred on June 11, 2000, and *not* those on any other date and/or at any other location (including BCHC) are alleged to be negligent.

Despite this, on September 27, 2002, over 4 months after suit was originally filed, the UNITED STATES OF AMERICA filed its MOTION FOR SUBSTITUTION and related motions under the Federal Tort Claims Act (FTCA).

The motion should be denied. Under the FTCA, the United States is liable for the 'negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.' 28 U.S.C. § 1346(b). The United States is not liable for acts of independent contractors. 28 U.S.C. § 1346, 2671; *See United States v. Orleans*, 425 U.S. 807, 813-814 (1976). Under the facts of this case, including but not limited to the terms of the contract between the BCHC and Defendant MAGDALENA FLORES, M.D. (FLORES), Dr. Flores was an independent contractor and not an employee of the federal government.

## II. LAW REGARDING PHYSICIAN STATUS UNDER FTCA

**A.    The 'strict control' test**

Courts have principally employed a strict control test in FTCA malpractice actions to determine whether a physician is a government employee or an independent contractor. The Supreme Court developed this test in 2 cases that didn't involve physicians or professional

---

[1] Plaintiffs contend that Brownsville Obstetrics & Gynecology Associates, P.L.L.C. is vicariously liable for the negligence of Magdalena Flores, M.D. *See* Paragraph 4.1 of the Original Petition, found at Exhibit 1 hereto.

negligence: *Logue v. United States*, 412 U.S. 521 (1973) and *United States v. Orleans*, 425 U.S. 807 (1976).

In *Logue*, Reagan Logue, the plaintiff's son, hung himself while a federal prisoner in the Nueces County jail in Corpus Christi. His parents brought a wrongful death action against the government, alleging their son's suicide was caused by the governmental employees' inadequate supervision and surveillance. 412 U.S. at 522. Nueces County had contracted with the Federal Bureau of Prisons for the safekeeping, care and subsistence of federal prisoners. *Id.* at 523. The Supreme Court held that the parties' contract made the jail a 'contractor' and gave the United States no authority to physically supervise the conduct of the jail's employees. *Id.* at 530. Thus, the jail's employees were employees of a contractor of the United States and not employees of a federal agency. *Id.* The Court held the question of whether an individual is an employee or an independent contractor is a question of federal law, and looked to the Restatement (Second) of Agency to distinguish the 2, holding that with a contractor, the government lacks the power to control his detailed physical performance. *Id.* at 527-528.

In *Orleans*, Plaintiff Joseph Orleans and his father sued the United States under the FTCA, alleging that agents of the United States in charge of a childrens' recreational outing were negligent in its organization and supervision. 425 U.S. at 807, 810. In holding that the independent contractor exception applied, the Supreme Court found that the neighborhood opportunity center was a local enterprise with complete control over its own operations and lacked federal supervision of its daily operations. *Id.* at 819.

**B.**    **Application of the 'strict control' test to physicians under the FTCA**

In *Limo v. United States*, 852 F. Supp. 50 (D.D.C. 1994), the court applied the *Logue/Orleans* strict control test to determine a physician's status under the FTCA. In *Limo*, the defendant Dr. Pevsner performed an operation on Plaintiff Limo at the Walter Reed Army Medical Center. *Id.* at 51, 52. When the operation rendered the plaintiff a paraplegic, she sued the United States and Dr. Pevsner. Pevsner moved for summary judgment based on his status as an employee of the United States and his personal immunity from common law tort liability under the FTCA and the Gonzales Act.[2] *Id.* at 52.

In holding Pevsner was not an employee but instead an independent contractor, the *Limo* court looked to the contract between Pevsner and the government and the terms and circumstances of Pevsner's work at Walter Reed. The contract expressly designated Pevsner as a "contractor," and states that "the contractor acknowledges he is not an employee of the Government" *Id.* at 53-54. The court also noted that Pevsner was required to carry his own malpractice insurance, was paid by fee per embolization, had no office and no regular office hours at Walter Reed and maintained a private practice elsewhere. *Id.* at 53.

III. DEFENDANT FLORES IS AN INDEPENDENT CONTRACTOR, NOT EMPLOYEE

Application of the *Logue/Orleans* 'strict control' test, analysis of the parties' contract, and application of the *Limo* factors leads a to only one conclusion: Defendant MAGDALENA FLORES is an independent contractor and not an employee of the government.

---

[2] The Gonzales Act, 10 U.S. C. § 1089, makes the FTCA the exclusive remedy for personal injury resulting from the negligence, wrongful act or omission of any armed forces physician .

### A.    Government didn't retain control over Flores' duties

Nowhere in the Professional Services Agreement between Defendant FLORES and the BCHC does the latter retain or purport to control in any manner Defendant FLORES' performance of her professional duties. The contract specifies only that FLORES "shall perform procedures appropriate to training and experience" *See* Exhibit 2. Indeed, a physician's professional ethics require that she have "free and complete exercise of her medical judgment and skill" Principles of Medical Ethics § 6, reprinted in OPINIONS AND REPORTS OF THE AMERICAN MEDICAL ASSOCIATION JUDICIAL COUNCIL, 5 (1977).[3] Under the Supreme Court's strict control test in *Logue* and *Orleans*, Defendant FLORES is an independent contractor and not an employee.

### B.    Contract designates Flores as independent contractor

Based on the Supreme Court's strict control test as enunciated in *Logue* and *Orleans*, Dr. Magdalena Flores is an independent contractor and not an employee of the government. Additionally, the Professional Services Agreement (contract) which Flores executed, expressly and on multiple occasions designates Flores as an independent contractor. First, the contract itself is entitled a "Professional Services Agreement," not an employment agreement. Second, it refers to Dr. Flores as "CONTRACTEE," not 'EMPLOYEE.' Third, in the Prefatory remarks, Flores contracts she is "willing to practice (her) specialty as an independent contractor to BCHC." *See* Exhibit 2, p. 1.

Moreover, at the bottom of page 1 are the following provisions:

---

[3] *See Wood v. Standard Products Co.,* 671 F. 2d 825 (4th Cir. 1982) and *Walker v. United States,* 549 F. Supp. 973 (W.D. Okl. 1982)(under strict control test, physicians found to be independent contractors under FTCA).

"2.     Qualifications of Contractee:

**Independent Contractor Status.**   CONTRACTEE agrees and understands that he will be considered an Independent Contractor for purposes of this agreement. It is understood by CONTRACTEE that his actions and duties are wholly independent from those actions of BCHC. BCHC will not be held legally responsible for any actions committed by CONTRACTEE at his independent offices and clinics or outside of those duties described by this agreement. "

*See* Exhibit 2, page 1 (emphasis in original). Defendant Flores cannot possibly be considered an employee when 'the contractual arrangement itself . . . placed (Flores) outside of the parameters of an employer-employee relationship with the government" *Broussard v. United States of America*, 989 F.2d 171, 176 (5th Cir. 1993)(*citation omitted*). Under the Supreme Court's strict control test in *Logue* and *Orleans*, and pursuant to the express and unambiguous terms of the Professional Services Agreement that Defendant FLORES executed, she is an independent contractor and not an employee of the federal government.

**C.     Under *Limo* factors, Flores is an independent contractor**

Based on the Supreme Court's strict control test as enunciated in *Logue* and *Orleans*, as well as the express language of the Professional Services Agreement that Defendant Flores executed, Dr. Flores is an independent contractor and not an employee of the government. In addition, factors which the *Limo* court noted in its holding that Dr. Pevsner was an independent contractor and not an employee also make Dr. Flores an independent contractor and not an employee.

First, as in *Limo*, Dr. Flores is required to carry her own malpractice insurance. The contract requires that

"CONTRACTEE further agrees to provide BCHC with a copy of its professional liability insurance naming CONTRACTEE as an insured against any and all acts or omissions

that may occur at CONTRACTEE's independent clinics or offices. If requested, CONTRACTEE will provide BCHC with proof of such coverage. Such coverage is a precondition of this contract. Failure to provide such coverage will be considered a breach of this agreement. The existence of coverage, or the determination of whom is to purchase such coverage, is in no way to affect CONTRACTEE's status as an independent contractor."

*See* Exhibit 2, p. 5.

Second, as in *Limo*, Defendant Flores was, in certain situations, paid an amount per delivery. *See* Exhibit 2, p. 5. Third, as in *Limo*, Dr. Flores has no regular office hours at the BCHC; the contract only requires that she work 15 hours per week. Fourth, and not insignificantly, as in *Limo*, Dr. Flores was free to maintain a private practice elsewhere, and has done so. As reflected in the excerpts from telephone directories from 1999 – present, Dr. Flores maintains her own independent professional listing and her telephone number and address are identical to those of co-defendant BROWNSVILLE OBSTETRICS & GYNECOLOGY, P.L.L.C. *See* Exhibit 3.

## IV. CONCLUSION

For the reasons and based on the arguments and authorities set forth herein, the UNITED STATES OF AMERICA's MOTION FOR SUBSTITUTION should be in all respects denied, and this matter remanded to 197th District Court of Cameron County, Texas.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiffs move that on submission and/or hearing thereon, the UNITED STATES OF AMERICA's MOTION FOR SUBSTITUTION be in all respects denied, and that this matter be remanded to the 197th District Court, Cameron County, Texas, Cause No. 2002-05-002179-C, that all costs incurred in so doing be adjudged against defendants, and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted,

# THE ZAVALETTA LAW FIRM

603 E. St. Charles Street
Brownsville, Texas 78520
Telephone  (956) 546-5567
Facsimile  (956) 541-2205
ATTORNEY FOR PLAINTIFFS

By: _____
        PETER M. ZAVALETTA
        State Bar No. 22251600


## CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 31st day of October 2002 the above and foregoing document has been mailed, certified mail, return receipt requested to:

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. No. 201
Brownsville, Texas 78520

Ricardo M. Adobatti
134 E. Price Rd.
Brownsville, Texas 78521

_____
PETER M. ZAVALETTA

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA et al. | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-188 |
| | § | |
| | § | |
| MAGDALENA FLORES, M.D. | § | |
| & BROWNSVILLE OBSTETRICS & | § | |
| GYNECOLOGY, P.L.L.C. | § | |

## PLAINTIFF'S INDEX OF MATTERS BEING FILED

Plaintiffs ANDY LUNA et al. submit this INDEX OF MATTERS BEING FILED, pursuant to Local Rule 3(k) of the United States District Court for the Southern District of Texas, Brownsville Division. Pursuant to Local Rule, the following items are being filed along with PLAINTIFF's RESPONSE TO MOTION FOR SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF MAGDALENA FLORES, M.D.:

1. Professional Services Agreement Between Brownsville Community Health Center, Inc. and Magdalena Flores, M.D.;

2. Plaintiffs' Original Petition; and

3. Excerpts from Telephone Directories showing listings of Brownsville Obstetrics & Gynecology Associates, P.L.L.C. and Magdalena Flores, M.D.

Respectfully Submitted,

**THE ZAVALETTA LAW FIRM**
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone  (956) 546-5567
Facsimile   (956) 541-2205
ATTORNEY FOR PLAINTIFFS

By: _____
PETER M. ZAVALETTA
State Bar No. 22251600

### CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 31st day of October 2002 the above and foregoing document has been mailed, certified mail, return receipt requested to:

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. No. 201
Brownsville, Texas 78520

Ricardo M. Adobatti
134 E. Price Rd.
Brownsville, Texas 78521

_____
PETER M. ZAVALETTA

# EXHIBIT 1

# PROFESSIONAL SERVICES AGREEMENT
## BETWEEN
## BROWNSVILLE COMMUNITY HEALTH CENTER, INC.
## AND
## MAGDALENA FLORES, M.D.

This agreement is made this 1st day of February, 2000 by Brownsville Community Health Center Corporation, a Texas non-profit corporation, hereinafter referred to as "BCHC" and MAGDALENA FLORES, M.D., hereafter referred to as CONTRACTEE.

WHEREAS, BCHC maintains through its health centers and off-site facilities; and a variety of Health Care Services for the neighboring Community

WHEREAS, CONTRACTEE is willing to practice his specialty as an independent contractor to BCHC;

NOW, THEREFORE, in consideration of the promises, covenants and agreements hereinafter set forth, to be kept and performed by said parties, it is mutually understood and agreed as follows:

1 .  **Professional Services;**

BCHC agrees to contract with CONTRACTEE as a practitioner of Obstetrics and Gynecology, (the "Specialty"). CONTRACTEE agrees to provide specialty services in accordance with the terms of this agreement. CONTRACTEE shall provide medical services to patients who present themselves to the Health Center during its hours of operation regardless of patients' race, creed, color, or sex. In addition, CONTRACTEE will provide "on call coverage," as required by BCHC to serve its patients needs.



CONTRACTEE shall perform procedures appropriate to training and experience, as necessary for patients under care and for which BCHC will bill. CONTRACTEE shall not compete for BCHC patients; if a patient has ever been serviced by BCHC, or is treated at any of BCHC's clinics or satellite offices, he or she shall be considered a BCHC patient/client and all compensation for service shall be due to BCHC. In turn, CONTRACTEE will be compensated pursuant to this agreement as set forth below. Should a BCHC patient seek the services of the CONTRACTEE independently from those services provided at BCHC, the patient will be allowed to do so and said patient will become the patient of the CONTRACTEE under the express condition that patient sign a "Patient acknowledgment form" indicating the change was at patient's sole discretion. This form will be provided by CONTRACTEE at his office and a copy of same will be provided to the clinic upon execution by said patient. Should a prior CONTRACTEE patient seek the services of BCHC, Facility will likewise provide a signed Patient acknowledgement form for CONTRACTEE's records.

2.  **Qualifications of Contractee:**

**Independent Contractor Status.** CONTRACTEE agrees and understands that he will be considered an Independent Contractor for purposes of this agreement. It is understood by CONTRACTEE that his actions and duties are wholly independent from those actions of BCHC. BCHC will not be held legally responsible for any actions committed by CONTRACTEE at his independent offices and clinics or outside of those duties described by this agreement.

GOVERNMENT
EXHIBIT
"A"

1

A.   CONTRACTEE warrants that he shall be duly licensed to practice medicine in the State of Texas, and shall maintain a current valid controlled substance registration from the United States Drug Enforcement Administration and from the State of Texas as well as any and other licenses and permits required of their profession by any Texas or Federal Agency.

B.   CONTRACTEE shall maintain medical staff membership and privileges at a hospital as dictated by the needs of BCHC and determined by BCHC.

C.   BCHC will not advertise CONTRACTEE'S name without the prior consent of CONTRACTEE.



3.   **Termination**

A.   **Termination by Facility for Cause.**

Facility may terminate the employment of CONTRACTEE "for cause" at any time upon written notice to CONTRACTEE specifying the cause of termination. If terminated pursuant to this Section, compensation due under Section 3 hereunder shall be paid on a prorated basis to the final date worked. For purposes of this Agreement, "for cause" shall mean, but not be limited to, a determination that CONTRACTEE

(a)   has lost or had restricted in any way his license to practice medicine in the State of Texas,

(b)   has had a conviction of a crime involving moral turpitude, including but not limited to fraud theft, or embezzlement;

(c)   has failed or refused to follow reasonable and material written policies or directives as established by Facility;

(d)   has committed acts amounting to gross negligence or misconduct to the detriment of Facility, its affiliates, employees, Contractors, agents or its patients.

(e)   has willfully and persistently failed to attend to his material duties as described herein within this contract.

(f)   has otherwise breached any of the material terms or provisions of this Agreement after ten (10) days written notice thereof.

CONTRACTEE will notify BCHC immediately upon the occurrence of any of the above events in writing as well as with the action CONTRACTEE intends to make to remedy the situation. In the case of physicians resulting in restricted or lost licenses, as well as any restrictions or loss of privileges at any of the designated hospitals or clinics, CONTRACTEE expressly agrees to provide immediate notice to BCHC of such doing along with a complete cessation of said physician's services as to any of CONTRACTEE's or BCHC's patients. CONTRACTEE will be responsible for finding an appropriate qualified physician to continue the care of said patients should such situation be necessary.

2

**B.    Termination by either party without cause.**

This agreement may be terminated by either party at any time without cause upon ninety (90) days advance written notice.

**i.    Termination with cause.**

This agreement shall automatically terminate without notice, with respect to CONTRACTEE in the event of.

A.    Revocation or suspension of associate physician's medical license to practice in the State of Texas;

B.    Death of physician;

C.    Adjudication of physician's incompetence or negligence by the internal review committee of any hospital at which physician has staff privileges;

D.    Dissolution of the Health Center or part thereof as an operating entity for any reason;

E.    Failure of CONTRACTEE to provide satisfactory clinical services as determined BCHC in its sole discretion; and

F.    Ineligibility for insurance under BCHC's malpractice plan.

ii.    In addition, BCHC may terminate this agreement upon thirty (30) days' notice under certain circumstances with CONTRACTEE including, but not limited to the following:

A.    Impairment of physician's capacity to perform the duties of this agreement, such impairment to be determined by BCHC in its sole discretion.

B.    Acts of professional misconduct or dishonesty by physician as determined by BCHC

C.    Physician's loss of hospital medical staff privileges or membership. CONTRACTEE shall notify BCHC within twenty-four hours of receiving notification that a physician has loss his/her hospital privileges.

D.    Substantial loss of federal grant and/or revenue supporting funds by BCHC or the Health Center,

In the case of termination pursuant to the conditions in this section (III), BCHC will compensate CONTRACTEE for services rendered up until the date of notice. No other sums will be owed under this agreement should this clause be invoked. LCst



3/12/01

4.  **Other Physician Covenants: Services to be provided by Physician:**

I.  In addition to the services rendered to BCHC patients, CONTRACTEE (or his designee) shall provide services as directed by BCHC Administration, including, but not limited to the following:



A.  Maintain adequate records of patient care and other activities performed under this agreement;

B.  Supervise and collaborate with certified nurse midwives, nurse practitioners, physician assistants and others;

C.  Teach trainees at the support staff level;

E.  Provide on-call evening, weekend and holiday coverage as scheduled by BCHC;

F.  Participate in Health Center and community education programs;

I.  CONTRACTEE shall not, without written permission of BCHC Administration, incur any debts or liabilities in the name of BCHC or Health Center.

II. CONTRACTEE shall inform BCHC of any contractual and/or investment interests that it may have or is anticipating with a competing medical practice to BCHC, prior to the execution of this agreement. Thereafter, CONTRACTEE shall inform BCHC of any pending interests at least ninety days prior to the consummation of such interest.

5.  **Scheduling:**

CONTRACTEE agrees to provide medical services to BCHC's patients during hours of operation as determined by BCHC in its sole discretion. CONTRACTEE agrees to work 15 hours per week: not less than 12 hours of clinical time scheduled with patients and a minimum of 3 hours to provide appropriate follow-up, charting, quality assurance and other necessary professional duties as determined by BCHC. CONTRACTEE's clinic hours may include minimums of one evening per week.



It is further understood by both parties that the CONTRACTEE will work as many hours as necessary to fulfill its obligations with BCHC and its patients. Any hours in excess of fifteen are not to be considered overtime and CONTRACTEE will not expect additional pay for those additional hours should they take place.

4

6.  **Accountability:**

In performance of all services under this agreement, CONTRACTEE will be subject to and bound by the law of the State of Texas, the Rules and Regulations of the United States Department of Health and Human Service and policies of BCHC or the Health Center approved by BCHC's Board of Directors and amended from time to time. In addition, CONTRACTEE agrees to comply with rules, regulations, standards and policies of the various licensing and accrediting bodies which have authority over the practice of medicine and the operations of the Health Center and BCHC.



7.  **Insurance:**

BCHC agrees to maintain professional liability insurance coverage for the physician for services rendered under this agreement and in an amount at the sole direction of BCHC. Insurability of the physician *is* a precondition to this contract, without which, it will not take effect- CONTRACTEE warrants to BCHC that it has disclosed all matters which may be cause for uninsurability or incidents of malpractice under review or completed actions or judgements. A copy of the FTCA COVERAGE will be provided upon CONTRACTEE's request. CONTRACTEE further agrees to provide BCHC with a copy of its professional liability insurance naming CONTRACTEE as an insured against any and all acts or omissions that may occur at CONTRACTEE's independent clinics or offices. If requested, CONTRACTEE will provide BCHC with proof of such coverage. Such coverage is a precondition of this contract. Failure to provide such coverage will be considered a breach of this agreement. The existence of coverage, or the determination of whom is to purchase such coverage, is in no way to affect CONTRACTEE's status as independent contractor.



8.  **Compensation:**

A.  BCHC agrees to pay CONTRACTEE a rate of $63,070 per annum payable on a monthly basis in the amount of $5,255.83 on the last business day of each month, for clinical and consult time on-site at BCHC. In addition, BCHC agrees to pay CONTRACTEE on the last business day of the month, the professional fee of $350 per delivery, for all patients who are insured by third party Payors, Medicaid and Medicare excluding TP30 patients. For the uninsured, or underinsured and indigent patients, BCHC agrees to pay CONTRACTEE a professional fee of $250 per delivery, $350 per delivery shall be paid per delivery should said patient attain TP-30 status under state Medicaid provisions. Said payments will be made to CONTRACTEE thirty (30) days after receipt of the proper documentation from CONTRACTEE evidencing the treatment and procedures.



> *"Documentation" includes all forms and paperwork required by the clinic or the government in order to make claims for payment for performing the necessary services and procedures.*

5

B.  For gynecology procedures performed in the hospital, BCHC agrees to pay CONTRACTEE on the last business day of the month, 50% of the rate collected from third party payors, Medicaid and Medicare. In all cases, BCHC shall confirm the amount of reimbursement or payment at the time of admission from Medicaid, Medicare or third party payor, inform CONTRACTEE by fax and submit a copy of Medicaid, Medicare or third party payors' remittance advice copy with payment to CONTRACTEE to confirm payment level. Such payment by BCHC will be made within thirty (3 0) days of receipt of said funds from the appropriate agency, provider or third party payors. Such amounts are due to CONTRACTEE if, and only if BCHC receives said sums from the appropriate third parties.



C.  BCHC will bill for all physician's services rendered under the terms of this agreement, including both clinical time on site, consult time including hospital; and all monies collected by BCHC for such physician's services shall become the exclusive property of BCHC. The professional fees described above, and benefits described below, constitute the only compensation for services performed under this agreement.

9.  **Benefits:**



BCHC agrees to provide malpractice coverage under FTCA subject to the Bureau of Primary Health Care approval. No other benefits shall be paid on behalf of CONTRACTEE as an independent contractor.

10  **Supplies, Maintenance and Personnel:**



During the term of this agreement, BCHC shall provide and maintain space, equipment, and supplies, as well as the personnel necessary for the proper operation of the Health Center.

11.  **Term:**



Renewal shall be for a term of one (1) year or greater by mutual written consent by both parties. Should this agreement expire before parties enter into a renewal of this agreement, this agreement shall be considered renewed for an additional year and subject to the same terms and conditions contained herein.

12.  **Records:**



CONTRACTEE shall maintain and /or cause to be maintained adequate records of patient care rendered, as well as other records deemed necessary for the proper administration of the Health Center. All such records shall be the property of BCHC and/or the Health Center and shall be treated as confidential, provided that physician may have access to such records as necessary for the rendering of patient care.

6

13. **Amendments:**

This agreement may be amended or altered in any of its provisions by mutual agreement of the parties hereto. Any such change shall become effective when reduced to writing and signed by both parties or at such time as provided for in the amendment.

14. **Texas Law:**

This agreement shall be governed by the laws of the State of Texas. In the event any provision of this agreement conflicts with the laws under which it is to be construed, Or if any such provision is held invalid by a court with jurisdiction of the parties, such provision shall be deleted from the agreement and the agreement shall be construed to give effect to the remaining provisions thereof.

15. **Complete Agreement:**

This agreement supersedes and rescinds any prior written or oral agreements between BCHC and CONTRACTEE. Any amendment hereto must be in writing and signed by the parties hereto:

Executed on this the ___13___ day of ___March___, 2001.

_____
MAGDALENA FLORES, M.D.
CONTRACTEE

_____
Paula S. Gomez, Executive Director
Brownsville Community Health Center



# Brownsville Community Health Center
2137 E. 22nd St. Brownsville, Texas 78521 956/548-7400 Fax 956/546-2056

### Declaration of Magdalena Flores, M.D.

1.  I, Magdalena Flores, M.D., am an OB-GYN Physician licensed to practice in the state of Texas.

2.  I have been employed by the Brownsville Community Health Center since May 1, 1999.

3.  I have not billed privately for the services provided to Cristina Luna.

4.  I have not received monetary compensation for the services provided to Cristina Luna from any source other than the regular compensation I have received from the Brownsville Community Health Center.

I declare under penalty of perjury that the foregoing is true and correct.

Date this ___25th___ day of June, 2002

_____
Magdalena Flores, M.D.

```
GOVERNMENT
EXHIBIT
"A-1"
```

AN EQUAL OPPORTUNITY EMPLOYER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Andy Luna & Cristina Luna, Individually And As Next Friend of Hector Andy Luna, Minor Child Catherine Mayes, <br><br> Plaintiffs, <br><br> v. <br><br> Magdalena Flores, M.D., & Brownsville Obstetrics & Gynecology, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. |

DECLARATION OF
RICHARD G. BERGERON

1.   I am an Attorney in the Division of Business and Administrative Law, Office of the General Counsel, Department of Health and Human Services (the "Department"). I am familiar with the official records of administrative tort claims maintained by the Department as well as with the system by which those records are maintained.

2.   The Department's Program Support Center has a Claims Branch that maintains in a computerized database a record of all administrative tort claims filed with the Department, including those filed with respect to federally supported health centers that have been deemed to be eligible for Federal Tort Claims Act malpractice coverage.

GOVERNMENT
EXHIBIT
"B"

- 2 -

3.  As a consequence, if a tort claim had been filed with the Department with respect to Brownsville Community Health Center a record of that filing would be maintained in the Claims Branch's database.

4.  I caused a search of the Claims Branch's database to be conducted and found no record of an administrative tort claim filed by Cristina Luna, Andy Luna, or their authorized representative relating to Brownsville Community Health Center or Magdalena Flores, M.D.

5.  I have also reviewed official agency records and determined that Brownsville Community Health Center was first deemed eligible for Federal Tort Claims Act malpractice coverage effective June 30, 1993, and that its deemed status has continued without interruption since that date.  Copies of the notifications by an Assistant Surgeon General, Department of Health and Human Services, to Brownsville Community Health Center are attached to this declaration as Exhibit 1.

6.  Official agency records also indicate that Magdalena Flores, M. D., was a qualified contractor of Brownsville Community Health Center at all times relevant to the complaint in this case; Dr. Flores therefore has been deemed an employee of the Public Health Service for purpose of this action.

I declare under penalty of perjury that the foregoing is true and correct.    28 U.S.C. § 1746.

- 3 -

Dated at Washington, D.C., this _____ day of

_____, 2002.


_____
RICHARD G. BERGERON
Attorney, Litigation Branch
Business and Administrative Law Division
Office of the General Counsel
Department of Health and Human Services

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
**BUREAU OF PRIMARY HEALTH CARE**                    Public Health Service

Health Resources and
Services Administration
Rockville MD 20857

JUN 30 1993

Ms. Paula Gomez
Executive Director
Brownsville Community Health Center
2137 East 22nd Street
Brownsville, Texas 78520

```
GOVERNMENT
EXHIBIT
"B-1"
```

Dear Ms. Gomez:

The Bureau of Primary Health Care (BPHC), in accordance with Section 224(h) of
the Public Health Service (PHS) Act, 42 U.S.C. 233(h) as added by the Federally
Supported Health Centers Assistance Act of 1992 (P.L. 102-501), deems the above
named entity to be an employee of the Federal Government for the purposes of
Section 224.  Under Section 224(a), the remedy against the United States provided
under the Federal Tort Claims Act (FTCA) for medical and related functions
performed by commissioned officers or employees of the PHS while acting within the
scope of office or employment, shall be exclusive of any other civil action or
proceeding.  P.L. 102-501 extends this "FTCA coverage" to the grantees that have
been deemed covered under Section 224(h) and certain of their officers, employees,
and contractors, as specified below.

This action is based on the assurances provided on June 3, 1993, with regard to:  (1)
implementation of appropriate policies and procedures to reduce the risk of
malpractice, (2) implementation of a system whereby professional credentials,
references, claims history, fitness, professional review organization findings, and
licensure status of its health professionals are reviewed and verified, (3) cooperation
with the Department of Justice (DOJ) in the defense of claims (including access to
all pertinent documents and patient information and records) and actions to assure
against claims in the future, and (4) cooperation with the DOJ in providing
information related to previous malpractice claims history.

All officers, employees, and full-time contractors (minimum 32.5 hours per week) of
this grantee who are physicians or other licensed or certified health care
practitioners and who are providing services under the scope of activities covered by
the project funded through its Section 329 (migrant health centers), Section 330
(community health centers), Section 340 (health services for the homeless), or
Section 340A (health services for residents of public housing) grant(s) are
also deemed to be employees of the Federal Government for the purposes of
Section 224, as are part-time contractors who are licensed or certified providers of

Page 2 - Ms. Paula Gomez

obstetrical services and whose individual medical malpractice liability insurance coverage does not extend to services performed for this grantee. Subrecipients listed as eligible for FTCA coverage by the grantee, will be deemed eligible only for carrying out those grant-related activities designated as being within the scope of their contract.

Accordingly, the Attorney General, through the DOJ, has the responsibility for the defense of the individual and/or grantee for malpractice claims approved for FTCA coverage. Please note that the applicability of the Act to a particular claim or case will depend upon the determination or certification, as appropriate, by the Attorney General that the individual or grantee is covered by the Act and was acting within the scope of employment. Such determination or certification is subject to judicial review. If the claim is subject to FTCA coverage, it must be reviewed initially by the PHS through an administrative claims process. Your cooperation in the handling of the claim (including providing the relevant medical records) will be necessary.

Section 224 is further amended by providing that hospital admitting privileges can not be denied if a covered health professional meets the appropriate professional qualifications, and agrees to abide by the hospital bylaws and the rules, and regulations of the medical staff. These individuals are thus afforded the same treatment as members of the National Health Service Corps with respect to hospital admitting privileges. Hospitals that fail to comply shall be in jeopardy of losing Medicare and Medicaid reimbursements.

The BPHC will be evaluating the implications of FTCA coverage for the payment of malpractice insurance costs under the terms of your grant. As a general rule, BPHC would not allow further charges to the grant for malpractice insurance for services subject to FTCA coverage. However, BPHC recognizes that some insurable risks will remain after the effective date of eligibility for FTCA coverage, including risks covered by malpractice insurance for non-covered providers. These remaining risks may require the purchase of private insurance by the grantee. Furthermore, it is expected that grantees will purchase "tail" insurance coverage for current providers with claims made instead of occurrences policies. Consequently, a grantee that has been deemed eligible for FTCA coverage should not cancel its current private malpractice insurance policies until these "gap" coverage requirements have been identified and policies secured.

The BPHC will consider allowing the grantee to continue to purchase its current malpractice insurance where the grantee can demonstrate that: (1) this is necessary to maintain the current scope of services and patient care activities and (2) the cost of such insurance is less than the cost of the insurable risks that remain after FTCA coverage is in effect, i.e., gap coverage.

Furthermore, BPHC will examine your request for charging to your grant the cost of "tail" insurance, if your previous malpractice coverage was for claims made, rather

Page 3 - Ms. Paula Gomez

than occurrences. Here too, we will consider the extent to which the cost of tail insurance exceeds the cost of the present malpractice insurance, in deciding which form of insurance will be an allowable expense under the grant.

The effective date of eligibility for FTCA malpractice coverage is June 30, 1993. FTCA coverage is only applicable to acts or omissions occurring after this effective date and before January 1, 1996, for the scope of activities covered by the grant funded project.

For further information please contact Dr. Fred Pintz, Region VI FTCA Coordinator, at (214) 767-6547.

Sincerely yours,

Marilyn H. Gaston, M.D.
Assistant Surgeon General
Director



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
**BUREAU OF PRIMARY HEALTH CARE**

Public Health Service

June 20, 1996

Health Resources and
Services Administration
Bethesda MD 20814

Ms. Paula S. Gomez
Executive Director
Brownsville Community Health Center
2137 East 22nd Street
Brownsville, Texas 78521

Reference: Malpractice Liability Coverage

The Bureau of Primary Health Care (BPHC), in accordance with Section 224(h) of the Public
Health Service (PHS) Act, 42 U.S.C. 233(h) as amended by the Federally Supported Health
Centers Assistance Act of 1995 (Pub.L. 104-73), deems the above named entity to be an
employee of the Federal Government, effective June 23, 1996, for the purposes of Section 224.
Section 224(a) provides liability protection under the Federal Tort Claims Act (FTCA) for
damage for personal injury, including death, resulting from the performance of medical, surgical,
dental, and related functions and is exclusive of any other civil action or proceeding.
This "FTCA coverage" is applicable to deemed entities and their including officers, governing
board members, employees, and contractors who are physicians or other licensed or certified
health care practitioners working full-time (minimum 32.5 hours per week) or part-time
providing family practice, general internal medicine, general pediatrics, or
obstetrical/gynecological services.

Section 224 further provides that hospital admitting privileges cannot be denied on the basis of
having malpractice coverage under the FTCA, if a covered health care professional meets the
appropriate professional qualifications, and agrees to abide by the hospital bylaws and the rules,
and regulations of the medical staff. Moreover, managed care plans are required to accept FTCA
as meeting whatever malpractice insurance coverage requirements such plans may require of
contracting providers. Hospitals and managed care plans that fail to comply shall be in jeopardy
of losing Medicare and Medicaid reimbursements.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap.
Therefore, any coverage limits that may be mandated by other organizations are met. For
example, a $1.0 million each claim/$3.0 million aggregate occurrence is met since FTCA would,
as appropriate, provide for the payment to a plaintiff of any damages awarded as a result of a
judgment or a settlement approved by the Attorney General, sums in excess of this amount.

For further information, please contact Lana Jeng, M.D., Regional FTCA Coordinator, HRSA
Field Office, Dallas, Texas at (214) 767-3942.

Sincerely yours,

Marily  :!  Gaston, M.D.
As.:            .. . General
!).

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDY LUNA AND CRISTINA LUNA | * | |
| Individually and As Next Friend of | * | |
| HECTOR ANDY LUNA, Minor Child, | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION No. |
| | * | |
| MAGDALENA FLORES, M.D., | * | |
| and BROWNSVILLE OBSTETRICS & | * | |
| GYNECOLOGY, P.L.L.C., | * | |
| Defendants. | * | |

### CERTIFICATION OF SCOPE OF EMPLOYMENT
### UNDER 42 U.S.C. §233(c) and 28 U.S.C. §2679(d)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney

for the Southern District of Texas, files this its Certification of Scope of Employment Under 42

U.S.C. §233(c) and 28 U.S.C. §2679(d).   Pursuant to the provisions of 42 U.S.C. §233(c) and

28 U.S.C. §2679(d), and by virtue of the authority vested in me by the Attorney General under

28 C.F.R. §15.3, I hereby find, on the basis of the information now available with respect to the

incident alleged in the complaint, that defendant, Magdalena Flores, M.D. was an employee of

the Brownsville Community Health Center, an entity receiving federal grant money from the

United States Public Health Service pursuant to 42 U.S.C. §§254(b), 256, or 256a, and that

Brownsville Community Health Center  was deemed by the Department of Health and Human

Services pursuant to 42 U.S.C. §233(h), eligible for coverage under the Federal Tort Claims Act

effective June 23, 1996. Accordingly, I certify that Magdalena Flores, M.D. was acting within

the scope of her employment with Brownsville Community Health Center at the time of the


GOVERNMENT
EXHIBIT
"C"

incident alleged in the complaint, and that pursuant to 42 U.S.C. §2339(g), Magdalena Flores,

M.D. is deemed to be an employee of the United States for Federal Tort Claims Act purposes

for those negligent acts alleged in the complaint herein.

DONE on this the 11th day of _____September_____, 2002.


_____
MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

**Certificate of Consultation**

On September 27, 2002, I contacted Plaintiffs' Attorney, Peter Zavaleta. Mr. Zavaleta advised that he opposed this motion.

On September 27, 2002, I contacted Defendant Brownsville Obstetrics and Gynecology, P.L.L.C. attorney, Ricardo Adobatti. He does not oppose this motion.

September 30, 2002
Date

NANCY L. MASSO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing "Motion For Substitution United States of America As Defendant In the Stead of Magdalena Flores, M.D. and Memorandum in Support Thereof" was mailed via certified mail, return receipt requested to the following:

Mr. Peter M. Zavaletta
603 E. St. Charles
Brownsville, Texas 78520

Mr. Ricardo M. Adobatti
Attorney and Counselor at Law
134 East Price Road
Brownsville, Texas 78521

September 30, 2002
Date

NANCY L. MASSO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA, | * | |
| Individually and as Next Friend of | * | |
| HECTOR ANDY LUNA, a Minor Child | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION No.  B-02-188 |
| | * | |
| MAGDALENA FLORES, M.D. | * | |
| and BROWNSVILLE OBSTETRICS & | * | |
| GYNECOLOGY, P.L.L.C. | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING UNITED STATES OF AMERICA'S
## MOTION FOR SUBSTITUTION IN THE STEAD OF MAGDALENA FLORES, M.D.

The United States has filed a Motion for Substitution of the United States as defendant

in place of Magdalena Flores, M.D. with respect to the state law causes of action in the

complaint against Dr. Flores, and others.

IT IS HEREBY ORDERED that pursuant to the provisions of 28 U.S.C. 2679 and 42

U.S.C. 233 the United States be substituted as defendant with respect to the state law causes

of action alleged in the complaint against Magdalena Flores, M.D., with regard to the incident

alleged in the complaint, and that the caption be amended accordingly.

SIGNED on this the __ day of _____, 2002.

_____
Presiding Judge
United States District Judge

# EXHIBIT 2

FILED _____ O'CLOCK ____
AURORA DE LA GARZA DIST. CLERK

MAY 2 9 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUT__

CAUSE NO: _2002-05-002179-C_

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA<br>*Individually And As Next Friend of*<br>HECTOR ANDY LUNA, *Minor Child*<br>Plaintiff | § | IN THE DISTRICT COURT OF |
| vs. | § | CAMERON COUNTY, TEXAS |
| MAGDALENA FLORES, M.D. &<br>& BROWNSVILLE OBSTETRICS &<br>GYNECOLOGY, P.L.L.C.<br>*Defendants* | § | _197th_ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW ANDY LUNA & CRISTINA LUNA, Individually And As Next Friends of HECTOR ANDY LUNA, Minor Child, Plaintiffs in the above-styled, and for cause of action would show the court and jury as follows:

## I. DISCOVERY CONTROL PLAN

1.0    Plaintiffs intend to conduct discovery pursuant to a Level 3 discovery control plan.

## II. PARTIES

2.0    Plaintiff ANDY LUNA and his wife CRISTINA LUNA are the natural and biological parents of HECTOR ANDY LUNA, Minor Child. Plainitffs reside in Brownsville, Cameron County, Texas.

2.1    Defendant MAGDALENA FLORES, M.D. may be served with citation and process at her medical office at 844 Central Blvd., Suite 140, Brownsville, Texas.

2.2    Defendant BROWNSVILLE OBSTETRICS & GYNECOLOGY, P.L.L.C. may be served through its registered agent REYNALDO G. GARZA, 680 E. St. Charles St., Suite 300, Brownsville, Texas.

2.3    At all times pertinent hereto, Defendants (and perhaps other defendants and/or later named defendants) were engaged in a partnership, joint venture, joint enterprise, or other common endeavor at the time of the occurrence made the basis of this suit. As a result, they are jointly and severally liable to Plaintiffs for all damages.

## III. JURISDICTION AND VENUE

3.0    This court possesses subject matter jurisdiction because the amount in controversy exceeds the court's jurisdictional minimum. Moreover, venue is proper in Cameron County, Texas because Plaintiffs reside in Cameron County, Texas, the defendants are believed to reside in Cameron County, Texas and the acts and omissions giving rise to this suit occurred in Cameron County, Texas.

## IV.

4.0    On information and belief, and according to medical records which Plaintiffs do not necessarily admit or aver are complete, accurate, true and correct, in whole or in part, and strictly subject to these conditions, Plaintiffs allege the following:

4.1    This case arises out of the birth of HECTOR ANDY LUNA, Minor Child, at Brownsville Medical Center on or about June 11, 2000. At such time and at all times pertinent hereto, Defendant MAGDALENA FLORES, M.D. was an owner, director, officer, shareholder, agent or servant of, and/or had a financial and/or equity relationship with, Defendant BROWNSVILLE OBSTETRICS & GYNECOLOGY, P.L.L.C.

4.2    The defendants' care and treatment of CRISTINA LUNA and her son HECTOR ANDY LUNA on June 11, 2000 at BROWNSVILLE MEDICAL CENTER was negligent in at least one or more particulars, which negligent acts and/or omissions to act was/were, singularly and/or in combination, the proximate cause of the injuries suffered by the minor child the subject of this suit.

V.

5.0    As a result of the Defendants' negligence, Plaintiffs have been damaged in an amount in excess of the minimum jurisdictional limits of this Court.

VI.

6.0    Plaintiffs, individually and by and through their attorney of record, respectfully reserve the right to amend their petition and to allege with greater specificity such further acts and/or omissions on the part of these and any and all later-identified responsible defendants and to further allege specific damages to Plaintiffs in light of conditions and damages known at the time of the trial of this cause.

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that citations be issued, that Defendants be served, and that Plaintiffs recover from Defendants, jointly and severally, their actual damages, together with court costs, prejudgment interest and postjudgment interest.

Respectfully Submitted,

THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone    (956) 546-5567
Facsimile    (956) 541-2205
ATTORNEYS FOR PLAINTIFF

By:_____
    PETER M. ZAVALETTA
    State Bar No. 22251600

# EXHIBIT 3

Case 1:02-cv-00188  Document 6  Filed in TXSD on 10/31/2002  Page 36 of 50

## Column 1

**BROWNSVILLE INCOME TAX & BOOKKEEPING SERVICE** 445 Old Alice Rd 78520 — **546-8231**

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT—**
You May Dial Direct To
The Desired Office Listed Below
For Offices Not Listed 1900 Price 78521 — 548-8000
Administration/Attendance 2477 Price Rd 78521 — 544-3966
Adult Education 1825 Price 78521 — 548-8175
Advanced Academic Services
 — 548-8291
Assessment/Research/Evaluation
 1367 Price Rd 78521 — 548-8113
Athletics-Stadium 1 Blvd Of Champions 78520 — 548-8261
Attendance Office 1102 E Madison 78521 — 548-8371
Bilingual Education 1900 Price 78521 — 548-8271
Budget 1900 Price 78521 — 548-8319
Business/Administration 1900 Price 78521 — 548-8301
Career & Technology 1900 Price 78521 — 548-8217
Computer Services 1900 Price 78521 — 548-8341
Curriculum 1900 Price 78521 — 548-8121
Deaf Regional School For The
 445 un O'Lakes 78521 — 548-8863
Dyslexia/504 1900 Price Rd 78521 — 548-8130
Federal Programs 1900 Price 78521 — 548-8231
Finance 1900 Price 78521 — 548-8311
Food Services 1388 Price 78521 — 548-8450
Health Services 1124 E Madison 78520 — 548-8191
Instructional TV Studio
 3500 International Blvd 78521 — 548-8288
Instructional Technology 2477 Price Rd 78521 — 548-8241
Insurance & Safety 1900 Price 78521 — 548-8061
Internal Auditors 1900 Price 78521 — 548-8381
Library Services
 124 Westlawn Park Drive 78520 — 548-8448
Mail Room 1900 Price 78520 — 548-8685
Maintenance/Facilities 1912 Price Rd 78521 — 548-8081
Media Services 124 Westlawn Park Dr 78521 — 548-8144
Migrant Education 1809 Grant St 78521 — 548-7719
Music/Fine Arts 203 Eagle Drive 78521 — 982-3730
PEIMS 1900 Price 78521 — 548-8281
Parental Involvement 1050 E Madison St 78521 — 548-8173
Payroll 1900 Price 78521 — 548-8391
Personnel (Certified) 1900 Price 78521 — 548-8031
Personnel (Classified) 1900 Price Rd 78521 — 548-8051
Personnel/Administrator 1900 Price 78521 — 548-8021
Public Information 1900 Price 78521 — 548-8000
Purchasing 1900 Price 78521 — 548-8361
Records Management 1900 Price 78521 — 544-3972
SAFE Program 3500 International Blvd 78521 — 544-3991
Security 1477 Price Rd 78521 — 548-8378
Security Hotline 2477 Price Rd 78521 — 982-3085
SPECIAL SERVICES—
 2477 Price 78521 — 548-8400
Regional School For The Deaf-Ofc — 548-8863
Staff Development 2477 Price Rd 78521 — 548-8420
State Compensatory/UIL 1900 Price 78521 — 544-8242
Student Accounting 1900 Price Rd 78521 — 544-3964
Superintendent 1900 Price 78521 — 548-8011
Tax Office 1360 Price Rd 78521 — 548-7949
Transportation Barn Rd 78521 — 548-8085
Dispatch Barn Rd 78521 — 982-3702
Warehouse & Textbooks
 1912 Price Road 78521 — 548-8375
HIGH SCHOOLS—
Hanna High 2615 Price 78521 — 548-7600
 Band Hall — 548-7633
 Baseball Field — 548-7657
 Boys' Athletics — 548-7650
 Cafeteria — 548-7638
 Counselors — 548-7622
 Girls' Athletics — 548-7672
 Health Center — 548-7642
Lopez High School 3205 S Dakota Av 78521 — 982-7400
 Band Hall — 982-7464
 Boy's Athletics — 982-7441
 Girl's Athletics — 982-7434
 Counselors — 982-7420
 Cafeteria — 982-7493
 Health Center — 982-7474
Pace High 314 W Los Ebanos 78521 — 548-7700
 Band Hall — 548-7728
 Baseball Field — 548-7748
 Boys' Athletics — 548-7757
 Cafeteria — 548-7739
 Counselors — 548-7715
 Girls' Athletics — 548-7724
 Health Center — 548-7742
Porter High 3500 International Blvd 78521 — 548-7838
 Band Hall — 548-7838
 Baseball Field — 548-7867
 Boy's Athletics — 548-7884
 Cafeteria — 548-7840
 Counselors — 548-7859
 Girl's Athletics — 548-7873
 Health Center — 548-7829
Rivera High 6955 FM 802 78521 — 831-8700
 Band Hall — 831-8727
 Baseball Field — 831-6698
 Boys' Athletics — 831-8734
 Cafeteria — 831-8714
 Counselors — 831-8715
 Girls' Athletics — 831-8721
 Health Center — 831-8721
ALTERNATIVE SCHOOLS —
ALTERNATIVE CENTER —
 1351 Pcm St 78521 — 982-2860
 Cafeteria — 982-2866
 Health Center — 982-2881
LINCOLN PARK SCHOOL —
 St 78521 — 548-7885
 Cafeteria — 548-7865
 Health Center — 548-7889
Teen Learning Community
 2044 N Long 78521 — 504-6305

Continued On Next Column
72660 © Southwestern Bell Telephone Company 1998

## Column 2

Continued From Last Column
**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT—**
MIDDLE SCHOOLS —
Besteiro Middle School
 6280 Southmost Rd 78521 — 544-3900
 Cafeteria — 544-3920
 Band Hall — 544-3918
 Boy's Athletics — 544-3919
 Girl's Athletics — 544-3919
 Counselors — 544-3935
 Health — 544-3912
 Health — 544-3922
Central Middle School 708 Palm Blvd 78520 — 548-8601
 Band Hall — 548-8618
 Boy's Athletics — 548-8614
 Cafeteria — 548-8620
 Counselors — 548-8610
 Girls' Athletics — 548-8615
 Health Center — 548-8617
Cummings Middle School
 1800 Cummings Place 78520 — 548-8630
 Band Hall — 548-8647
 Boys' Athletics — 548-8650
 Cafeteria — 548-8646
 Counselors — 548-8641
 Girls' Athletics — 548-8649
 Health Center — 548-8640
Eddie Lucio Middle School
 300 N Vermilion Av 78521 — 831-4550
 Band Hall — 838-4041
 Boy's Athletics — 838-4038
 Cafeteria — 838-4039
 Counselors — 838-4035
 Girl's Athletics — 838-4037
 Health Center — 838-4049
Faulk Middle School 2000 Roosevelt 78521 — 548-8500
 Band Hall — 548-8517
 Boys' Athletics — 548-8514
 Cafeteria — 548-8518
 Counselors — 548-8512
 Girl's Athletics — 548-8513
 Health Center — 548-8526
Olivera Middle School 444 Land O'Lakes — 548-8530
 Band Hall — 548-8549
 Boys' Athletics — 548-8544
 Cafeteria — 548-8550
 Counselors — 548-8534
 Girls' Athletics — 548-8543
 Health Center — 548-8557
Perkins Middle School 4750 Austin Rd 78521 — 831-8750
 Band Hall — 831-8756
 Boys' Athletics — 831-8799
 Cafeteria — 831-8787
 Counselors — 831-8781
 Girls' Athletics — 831-8798
 Health Center — 831-8793
Stell Middle School
 1105 Los Ebanos Blvd 78520 — 548-8560
 Band Hall — 548-8577
 Boys' Athletics — 548-8575
 Cafeteria — 548-8584
 Counselors — 548-8570
 Girls' Athletics — 548-8576
 Health Center — 548-8581
Vela Middle School
 4905 Paredes Line Rd 78521 — 548-7770
 Band Hall — 548-7793
 Boys Athletics — 548-7778
 Cafeteria — 548-7798
 Counselors — 548-7756
 Girls Athletics — 548-7796
 Health Center — 548-7797
OTHER CAMPUSES —
Regional Schools For The Deaf—
 Egly Elementary 445 Land O'Lakes Dr 78521 — 548-8863
 Hanna High 2615 Price 78521 — 548-7655
 Olivera Middle School 444 Land O'Lakes — 548-8552
ELEMENTARY SCHOOLS —
Aiken Elementary 6290 Southmost Rd 78521 — 986-5200
Burns Elementary 2974 Alton Gloor 78521 — 544-3990
 Cafeteria — 544-3949
 Health Center — 548-8484
Canales Elementary
 1811 International Blvd 78521 — 548-8900
 Cafeteria — 548-8908
Castaneda Elementary 3304 E 30th St 78521 — 548-8800
 Cafeteria — 548-8813
Clearwater Elementary 713 Palm Blvd 78521 — 548-8840
 Cafeteria — 548-8832
Cromack Elementary 3200 E 10th St 78521 — 548-8820
 Cafeteria — 548-8830
Del Castillo Elementary 105 Morningside Rd — 982-2600
 Cafeteria — 982-2612
Egly Elementary 445 Land O'Lakes — 548-8850
 Health Center — 548-8854
El Jardin Elementary
 6911 Boca Chica Blvd 78521 — 831-6016
 Cafeteria — 831-6015
Garden Park Elementary
 855 Military Hwy 78521 — 982-2630
 Cafeteria — 982-2650
Garza Elementary 200 Esperanza Ln 78521 — 982-2660
 Cafeteria — 982-2675
 Health Center — 982-2669
Gonzalez Elementary
 4350 Coffee Port Rd 78521 — 831-6030
 Cafeteria — 831-6038
Hudson Elementary —
 2970 FM 802 78521 — 574-6400
 Cafeteria — 574-6409
 Health Center — 574-6408

Continued On Next Column

## Column 3

Continued From Last Column
**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT—**
Elementary Schools
Longoria Elementary
 2400 E Van Buren St 78521 — 982-2700
 Cafeteria — 982-2715
 Health Center — 982-2714
Martin Elementary 1701 Stanford Av 78520 — 982-2730
 Cafeteria — 982-2738
 Health Center — 982-2736
Morningside Elementary
 1025 Morningside Rd 78521 — 982-2760
 Cafeteria — 982-2776
 Health Center — 982-2770
Palm Grove Elementary
 7942 Southmost Rd 78521 — 982-3850
 Cafeteria — 982-3854
 Health Center — 982-3853
Perez Elementary 2514 Shidler Dr 78521 — 982-2800
 Cafeteria — 982-2807
 Health Center — 982-2811
Putegnat Elementary 730 E 8th St 78520 — 548-8930
 Cafeteria — 548-8935
 Health Center — 548-8934
Resaca Elementary 901 Filmore St 78520 — 982-2900
 Cafeteria — 982-2912
 Health Center — 982-2907
Russell Elementary 800 Lakeside Blvd 78520 — 548-8960
 Cafeteria — 548-8967
 Health Center — 548-8965
Sharp Elementary 1439 Palm Blvd — 982-2930
 Cafeteria — 982-2941
 Health Center — 982-2938
Skinner Elementary 411 W St Charles 78520 — 982-2800
 Cafeteria — 982-2842
 Health Center — 982-2841
Southmost Elementary
 5245 Southmost Rd 78521 — 548-8870
 Cafeteria — 548-8595
 Health Center — 548-8593
Vermilion Elementary 6895 FM 802 — 831-6060
 Cafeteria — 831-6078
 Health Center — 831-6068
Victoria Heights Elementary
 2801 E 12th St 78521 — 982-2960
 Cafeteria — 982-2968
 Health Center — 982-2967
Villa Nueva Elementary Rt 8 Box 630 78520 — 542-1950
 Cafeteria — 542-1760
Yturria Elementary 2955 W Tandy Rd — 550-3200
 Cafeteria — 550-3225
Brownsville Information Center
 650 FM 802 78520 — 541-0400
Brownsville Irrigation & Drainage District—
 6925 Coffeeport Rd 78521 — 831-8462
 River Pump Southmost Rd 78521 — 542-2769
Brownsville Kiddie Health Center
 95 E Price Rd 78521 — 504-6080
Brownsville Kidney Center
 1945 Central Blvd 78520 — 542-8094
Brownsville Kuk-Sool-Won Martal Arts
 1723 Boca Chica Blvd 78520 — 541-9043
Brownsville Litho 1945 E 12th St 78521 — 541-1126
Brownsville Machine Shop Inc —
 FM 511 — 831-3052
 FM 511 — 831-2982
Brownsville & Matamoros Bridge Co
 1200 Mexico St 78520 — 542-8558
Brownsville Medical Associates
 95 E Price Rd 78521 — 546-3116

## BROWNSVILLE MEDICAL CENTER — 544-1400

1040 W Jefferson St
Admitting — 544-1406
Auxiliary Gift Shop — 544-1436
Cardiac Catheterization Lab — 544-1464
Cardiology-CEG — 544-1458
Case Management — 544-1473
Center For Diabetes Management — 544-1419
Data Processing — 544-1439
Dietitian — 544-1507
Emergency Room Registration — 544-1586
Engineering — 544-1531
Environmental Services — 544-1322
Food & Nutrition Services — 544-1508
Home Health — 544-1546
International Services — 544-1496
Laboratory — 544-1467
Mammography — 544-1543
Managed Care — 544-1423
Marketing And Public Relations — 544-1513
Medical Records — 541-0787
Nuclear Medicine — 544-1499
Obstetrical Services — 544-1549
Outpatient Rehabilitation — 541-0700
Outpatient Services — 544-1474
Patient Accounts — 544-1401
Pediatrics — 544-1434
Personnel — 544-1428
Physical Therapy — 544-1500
Physician Referral Line — 544-1521
Premiere Plus Wellness Center — 544-1447
Prenatal Class Information — 544-1549
Radiology — 544-1478
Respiratory Care — 544-1527
Short Stay — 544-1527
2-Tower — 544-1520
3-Tower — 544-1552

Brownsville Medical Equipment Inc
 305 E 12th St 78521 — 546-4361
Brownsville Missionary Baptist Church
 4425 Boca Chica 78521 — 546-8016

## BROWNSVILLE MOTOR CO INC 3254 Boca Chica 78521 — 546-7141

## Column 4

**BROWNSVILLE NAVIGATION DISTRICT —**
1000 Foust Rd Brownsville 78521 — **831-4592**
Main Fax — 831-5106

Brownsville Obstetrics & Gynecology
 Associates 344 Central Blvd 78520 — 550-8733
**BROWNSVILLE PAWN SHOP** 1235 E Madison 78520 — **546-7742**
Brownsville Pediatric & Adolescent Care
 3153 International Blvd 78521 — 548-1100
Brownsville Pediatrics Association
 2235 Central Blvd 78520 — 546-3126
 Telephone Answered 24 Hrs A Day — 546-3126
Brownsville Pet Salon 831 24th St 78520 — 546-6899
**BROWNSVILLE PHYSICAL THERAPY & SPORTS MEDICINE**
 1714 Boca Chica Blvd 78520 — **544-2401**
Brownsville Pilots — 546-6103
Brownsville Police Officers Assoc
 814 N Expressway 78521 — 542-2712
Brownsville Postal Boxes Private
 1714-C Boca Chica 78520 — 544-5305
Brownsville Postal Center Inc
 845 N Expressway 78521 — 546-3600
Brownsville Precision Tune
 2915 Boca Chica Blvd 78521 — 541-3444
Brownsville Pregnancy Test 78521 — 982-0910
Brownsville Professional Medical Associates
 95 E Price Rd 78521 — 550-9297
Brownsville Professional Medical Associates
 645 un Marie B.. 78521 — 542-2978
Brownsville Psychiatric Associates
 2219 Price Rd 78521 — 550-9922

**BROWNSVILLE REAL ESTATE MANAGEMENT COMPANY INC**
 304 Ringwood 78520 — **546-8481**

**BROWNSVILLE RENTAL CENTER** 2615 Boca Chica 78521 — **546-9042**
Brownsville Restroom Service 78521 — 350-4236
Brownsville Rio Grande International
 Railroad FM 511 78521 — 831-7731
Brownsville Rubber Co 1350 Cheers Dr 78521 — 831-6683
Brownsville Sanitary Service
 900 Central Blvd 78521 — 542-8245
Brownsville Scrap Paper Inc—
 Warehouse 5650 N FM 511 78521 — 838-1999
 Office 144 East 78521 — 548-1588

**BROWNSVILLE SHEET METAL WORKS INC**
 1945 S Price 78520 — **546-4517**
Brownsville Society Of Performing Arts
 95 E Price St Brownsville 78521 — 541-7782
Brownsville-South Padre Island Board Of
 Realtors—
 Office 1175 W Price Rd 78520 — 546-8920
 Fax Line 1175 W Price Rd 78520 — 546-5279
**BROWNSVILLE SPORTS CENTER** 155 Paredes Line 78520 — **546-3055**
Brownsville Surgicare
 See HealthSouth-Brownsville Surgicare
Brownsville Teachers' Credit Union —
 2455 Price Rd 78521 — 541-9154
 Telephone Center — 542-6308
 Collections — 542-6317
 13 Palm Vil 78520 — 541-9481
Brownsville Title Co 717 N Expressway 78520 — 542-6777

**BROWNSVILLE TV** 1655 E Price Rd 78521 — **542-2110**

Brownsville Urban System Fax Line — 544-7603
Brownsville Urban System-Operations
 Market Square — 544-6050
**BROWNSVILLE UROLOGICAL ASSOCIATES**
 344 Central Blvd 78520 — **546-3595**
Brownsville Used Tires & Wheels
 315 Boca Chica Blvd 78521 — 548-0169

## 172 PHYSICIANS

069559 ©WEST VISTA ADVERTISING 1999

**SPECIALIZING IN CERVICAL & LUMBAR SPINE,
SPORTS MEDICINE & TOTAL JOINT REPLACEMENT**



# BROWNSVILLE ORTHOPEDIC ASSOCIATES, INC.

**DR. JAMES KEY**
DRJ KEY@SWBELL.COM

- **NECK & LUMBAR SPINE SURGERY**
- **WORK RELATED INJURIES**
- **PERSONAL INJURY ACCIDENT TREATMENT**

**SPECIALIZING IN:**
- **ARTHROSCOPIC SURGERY OF THE KNEE & SHOULDER**
- **TOTAL JOINT REPLACEMENT**
- **SPORTS MEDICINE**



**DR. ACHLEITNER**
WWW.CAMD.COM

**INSURANCE ACCEPTED, INCLUDING
MEDICARE & MEDICAID
AND LETTERS OF PROTECTION**

  

956 982-2288

**800 W. JEFFERSON - STE. 200
EDLESTEIN PROFESSIONAL BLDG., BROWNSVILLE**

| Physicians & Surgeons-Doctors Of Medicine-M.D. (Cont'd) | Physicians & Surgeons-Doctors Of Medicine-M.D. (Cont'd) |
|---|---|

Brownsville Obstetrics & Gynecology Associates
844 Central Blvd Brownsville ............ 550-8703
**BROWNSVILLE ORTHOPEDIC ASSOCIATES**
800 W Jefferson Ste 200 Brownsville ..... **982-2288**
See Our Ad This Classification
**BROWNSVILLE PEDIATRIC & ADOLESCENT CARE**
3150 International Blvd Brownsville ..... **548-1100**
See Our Ad Next Page
Continued Next Column

Brownsville Professional Medical Associates
95 E Price Rd Brownsville ............... 550-9297
5235 Southmost Rd ..................... 504-6227
645 Villa Maria Blvd Brownsville ........ 542-2978
Brownsville Women's Clinic
 - Del Castillo F Javier MD FACOG -
 - Munoz Ramiro Jr MD FACOG -
100-B E Alton Gloor Blvd Ste 150
Brownsville ............................ 350-0007
(Continued Next Page

Brownsville Navigation District
1000 Foust Rd Brnsv . . . . . . . . . . . . . . . . . . . 831-4592
Main Fax Brnsv . . . . . . . . . . . . . . . . . . . . . 831-5106

# BROWNSVILLE NEUROSURGICAL INSTITUTE-DR PACHECO-SERRANT MD
**800 West Jefferson St - Ste 140**
**Brownsville. . . . . . . . . . . . . . . 504-1322**

Brownsville Obstetrics & Gynecology Associates
844 Central Blvd Brnsv . . . . . . . . . . . . . . . . 550-8733

# BROWNSVILLE ORTHOPEDIC ASSOCIATES
Key James D MD
Achleitner Oliver MD
**800 W Jefferson - Ste 200**
**Brownsville. . . . . . . . . . . . . . . 982-2288**

Brownsville Pawn Shop
1030 E Madison Brnsv . . . . . . . . . . . . . . . . . . 546-7742

# BROWNSVILLE PEDIATRIC & ADOLESCENT CARE
**3150 International Blvd**
**Brownsville. . . . . . . . . . . . . . . 548-1100**

Brownsville Pediatrics Association
2335 Central Blvd Brnsv . . . . . . . . . . . . . . 546-3126
Telephone Answered 24 Hrs A Day Brnsv . . 546-3126

# BROWNSVILLE PET SALON
**833 W Price Rd Brownsville . . . . . . 546-6894**

# BROWNSVILLE PHYSICAL THERAPY & SPORTS MEDICINE
**1714 Boca Chica Blvd Brownsville   544-2401**

Brownsville Pilots Brnsv . . . . . . . . . . . . . . . 546-6103
Brownsville Police Officers Assoc
814 N Expressway Brnsv . . . . . . . . . . . . 542-2712
Brownsville Postal Boxes Private
3724-C Boca Chica Brnsv . . . . . . . . . . . 544-5305
Brownsville Postal Center Inc
943 N Expressway Brnsv . . . . . . . . . . . 546-3600
Brownsville Precision Tune
2916 Boca Chica Blvd Brnsv . . . . . . . . . 541-3444
Brownsville Products 3320 E 14th St Brnsv . 982-0910
Brownsville Professional Medical Associates
95 E Price Rd Brnsv . . . . . . . . . . . . . . . 550-9297
Brownsville Professional Medical Associates
645 Villa Maria Blvd Brnsv . . . . . . . . . . 542-2978
Brownsville Psychiatric Associates
2039 Price Rd Brnsv . . . . . . . . . . . . . . . 550-9922

# BROWNSVILLE PUBLIC UTILITIES BOARD
**1425 Robinhood Drive**
**Brownsville. . . . . . . . . . . . . . . 982-6110**

Brownsville Real Estate Management Company Inc
864 Ridgewood Brnsv . . . . . . . . . . . . . . 546-8481

Brownsville Rental Center
2615 Boca Chica Brnsv . . . . . . . . . . . . . 546-9042
Brownsville Restroom Service Olmito . . . . . . 350-4236
Brownsville Rio Grande International Railroad
Hwy 48 Brnsv . . . . . . . . . . . . . . . . . . . . 831-7731
Brownsville Rubber Co
1350 Cheers Blvd Brnsv . . . . . . . . . . . . 831-6883
Brownsville Sanitary Service
400 Captain Donald Foust . . . . . . . . . . . 542-8245
Brownsville Scrap Paper Inc
Warehouse 5850 N FM 511 Brnsv . . . 838-1999
Office 144 Tudela Brnsv . . . . . . . . . . . 548-1588
Brownsville Sheet Metal Works Inc
1954 S Price Rd Brnsv . . . . . . . . . . . . . 546-4517
Brownsville Society Of Performing Arts
95 E Price Rd Brownsv Dle Brnsv . . . . . . 541-7782
Brownsville-South Padre Island Board Of Realtors Office
1175 W Price Rd Brnsv . . . . . . . . . 546-8920
Fax Line 1175 W Price Rd Brnsv . . . . . . 546-5279
Brownsville Sports Center
345 Paredes Line Brnsv . . . . . . . . . . . . . 546-3055
Brownsville Teachers' Credit Union
2455 Price Rd Brnsv . . . . . . . . . . . . . . . 541-9154
Telephone Center Brnsv . . . . . . . . . . . 542-6308
Collections Brnsv . . . . . . . . . . . . . . . 542-6317
13 Palm Village Brnsv . . . . . . . . . . . . 541-9481
Brownsville Title Co 717 N Expressway Brnsv . 542-6777
Brownsville TV 1655 E Price Rd Brnsv . . . . 542-2110
Brownsville Urban System
Fax Line 700 S Iowa Av Brnsv . . . . . . . 544-7603
Brownsville Urban System-Operations
Market Square Brnsv . . . . . . . . . . . . . . 548-6050
Brownsville Urological Associates
864 Central Blvd Brnsv . . . . . . . . . . . 546-359 ?
Brownsville Used Tires & Wheels
3375 Boca Chica Blvd Brnsv . . . . . . . . . 548-0169
Brownsville Veterinary Hospital PC
1810 Central Blvd Brnsv . . . . . . . . . . . 542-7705
Emergencies Nights & Holidays Call Brnsv . 542-7705
Brownsville Warehousing Services Inc
5214 FM 802 Brnsv . . . . . . . . . . . . . . . 831-4733
Brownsville Women's Clinic
100-B E Alton Gloor Blvd Ste 150 Brownsville . 350-0007
Brownsville Women's Health & Wellness Center
844 Central Blvd Brownsville Brnsv . . . . 541-6265
3025 Boca Chica Blvd Brownsville Brnsv . 542-0721
Brownsville Work Rehabilition Center
943 N Expressway 77 Brnsv . . . . . . . . . 550-9288
Bruce Carlos Hwy 100 Los F . . . . . . . . . . . 233-5845
Bruce James Hwy 100 Los F . . . . . . . . . . . 233-5845
Bruce Jerry Hwy 100 Los F . . . . . . . . . . . . 233-5004
Bruce Nevin 718 Hamilton Ct Brnsv . . . . . . 831-3510
Bruciak John Steven 5351 Wilderness Dr Brnsv 541-8904
Bruggeman Eugene 434 E 3rd Los F . . . . . . 233-4002
Brugman Gilbert Dorothy St Brnsv . . . . . . . 831-4572
Bruno D 5409 Austin Rd Brnsv . . . . . . . . . 831-0590
Brunsvold Perley O 100 Tangenine Blvd Brnsv . 541-4724
Bryan Carl A 1444 Harvard Brnsv . . . . . . . 542-7505
Bryan Carlos 645 W Fronton St Brnsv . . . . . 544-7620
Bryan Enrique 1824 W Madison St Brnsv . . . 982-4324
Bryan Esperanza 54 Mason Brnsv . . . . . . . 542-0304
Bryan James 54 Mason Brnsv . . . . . . . . . . 542-0304
Bryan James 54 Mason Av Brnsv . . . . . . . 546-6522
Bryan John Henry 113 Avenue B Brnsv . . . . 544-2096
Bryan Mary E 1101 E Tesoro Brnsv . . . . . . 550-5083
Bryan Mike 6 Mi N San Roman Rd Los F . . . 233-5843
Bryan N J Jr 1615 W Levee Brnsv . . . . . . . 542-3115

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

0Y2660 © Southwestern Bell Advertising, L.P. 1999 ¿Necesita Ayuda?  Véase El Índice De Color Morado                    **Physicians** 431

**Physicians & Surgeons-
Doctors Of Medicine-M.D.
Médicos y Cirujanos-Doctores en
Medicina-MD -(Cont'd)**



**PHYSICIANS & SURGEONS-
DOCTORS OF MEDICINE-M.D.
MEDICAL SPECIALTY GUIDE**
with individuals / firms grouped by
the field they practice,
is found following
"PHYSICIANS & SURGEONS -
DOCTORS OF MEDICINE - M D "

BLAKE HUGO G MD FACC

**HEART CLINIC P.A.**

♥

See Display Ad This Classification

McALLEN
800 E Ridge Rd Suite 300 ----------630-5552
HARLINGEN
23 ... E Coley Suite A --------------428-5522
WESLACO
... E Sixth Suite 302 --------------969-1222

**BLANCO RONALD E**
... CERTIFIED IN OBSTETRICS & ... -------969-0999
★SEE DISPLAY AD Page 430
BLANTON DAVID
... BRD CERTIFIED FAMILY PRACTICE
... International Bros. ------------542-4100
... ... MEDICAL CLINIC
... S E 23 rd Blvd Brownsville ---- 542-0721
BONILLA MARIA THERESA MD 364 Central Brnsv 544-2420
SPLANTON SPO3F 6248 N Loan n Pnrc Mission - 581-2701
**BORLAND FREDRICKA M MD FACS**
... VASCULAR SURGEON
... REGISTERED 24 HRS
... E Buchanan Bldg A Suite 202
-------------631-8155
SPECIALTY STF FRANCISCO J
... ----------687-1581
**BRADLEY VICTOR**
... MCA -----682-4536
**BRENNER LAWRENCE MD
FACC**
... MD W PA
... E Ridge Rd McAllen --------686-5226
BROMILEY ADELE
1038 Central Blvd Brnsv ----------546-3126
**BROWN ESTEBAN ORTEGA**
1800 S 5th st McAllen ------------687-2693
**BROWN MARLENE CHANG**
... ----585-4704
**BROWNSVILLE
ASSOCIATES IN
NEONATOLOGY**
... PEDIATRICIAN AND FAAP
... E ELIZABETH BRNSV
... N 9th BRNSV AAP
... E Jefferson --------------544-1493
**BROWNSVILLE HEART DOCTORS LLP**
100 E ... Alton Gloor Blvd Brownsville 350-0000
★SEE DISPLAY AD Page 432
BROWNSVILLE MEDICAL ASSOCIATES
... E ... Brownsville ------------546-3116
★SEE DISPLAY AD Page 440
BROWNSVILLE ... CENTER
... E Jefferson 2801 W Jefferson St Brnsv 544-1800
BROWNSVILLE NEUROSURGICAL
INSTITUTE 364 Central Blvd Brownsville 504-1322
★SEE DISPLAY AD Page 445
BROWNSVILLE ... OBSTETRICS & GYNECOLOGY
ASSOCIATES 344 Central Blvd Brownsville 550-9711
BROWNSVILLE PROFESSIONAL MEDICAL
... E ... Price Rd Brownsville -----550-9330

*listings are continued on page 436*

*listings are continued on page 436*

# SUDARSHAN ASSOCIATES



**Alexander Sudarshan, M.D.
Madhavi Reddy, M.D.
BOARD CERTIFIED OPHTHALMOLOGISTS

Imtiaz Mehkri, M.D.
BOARD ELIGIBLE OPHTHALMOLOGIST**

## ADULT & PEDIATRIC EYE CARE

Medicare & Medicaid
Most Private Insurance Accepted

### EYE EXAMS • CROSSED EYE SURGERY
### LASER SURGERY • CATARACT SURGERY

**McALLEN**
McAllen Doctors Center
1801 S. 5th St. #101
**668-0190**

**WESLACO**
Medical Arts Bldg.
1315 E. 6th St. #5
**969-3893**

**HARL**
1910 Lubbock
**423-2226**

**BROWNSVILLE**
1058 Los Ebanos Blvd.
**541-4828**

# MONZER H. YAZJI MD & ASSOCIATES

*Dedicated to the Memory of Dr. Carlos R. Saca*



## Dr. Carlos Saca Memorial Clinic
### 383-6271 • 383-3421
### 505 S. CLOSNER  EDINBURG

Family Medicine • Hospital Care
Home Visits For Homebound Patients
Industrial Medicine • Workman's Comp.
Medicare • Medicaid • EPSDT • Private Ins. & PPO's
Internal Medicine And Family Medical Care

After Hours Or
Emergency
630-9226
Day Clinic
8AM-5PM Mon-Fri
Night Clinic
6PM-9PM Mon-Sat

Monzer H. Yazji, MD          Jose Miguel Rendosa Garcia, MD
Moumima Airood, MD          Carlos C. Vela, MD

## Diabetes And Specialty Care
### 994-DOCS•994-3627
### 911 ROBIN CENTER • 6900 N. 10TH STE 8 • McALLEN

Specializing In The Diagnosis & Treatment Of Diabetes
Mellitus, Thyroid & Nutritional Disorders
Osteoporosis & Obesity
Medicare, Medicaid, Private Ins. & Most PPO's

Ibrahim S. Mohammed, MD
Aldulrahman Albustamy, MD

Mon - Fri
9AM - 5:30PM
New Patients
Welcomed

continued from previous page

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT—**

**HIGH SCHOOLS—**
- Girl's Athletics —982-7444
- Counselors —982-7420
- Cafeteria —982-7493
- Health —982-7414
- Pace High 314 W Los Ebanos 78520 —548-7700
- Band Hall —548-7728
- Baseball Field —548-7748
- Boys' Athletics —548-7726
- Cafeteria —548-7739
- Counselors —548-7715
- Girls' Athletics —548-7747
- Health Center —548-7742
- Porter High 3500 International Blvd 78521 —548-7800
- Band Hall —548-7838
- Baseball Field —548-7867
- Boy's Athletics —548-7846
- Cafeteria —548-7840
- Counselors —548-7859
- Girl's Athletics —548-7873
- Health Center —548-7829
- Rivera High 6955 FM 802 78521 —831-8700
- Band Hall —831-8727
- Baseball Field —831-6098
- Boys' Athletics —831-8730
- Cafeteria —831-8734
- Counselors —831-8715
- Girls' Athletics —831-8732
- Health Center —831-8721

**Alternative Schools—**
- Alternative Center —
- 1351 Price St 78521 —982-2860
- Cafeteria —982-2866
- Health Center —982-2881
- Lincoln Park School—
- 37 78521 —548-7880
- Cafeteria —548-7886
- Health Center —548-7889
- Teen Learning Community 2044 N Coria
- 75520 —504-6305

**Middle Schools—**
- Besteiro Middle School 6280 Southmost Rd
- 78521 —544-3900
- Band Hall —544-3920
- Boy's Athletics —544-3918
- Girl's Athletics —544-3919
- Cafeteria —544-3935
- Counselor —544-3912
- Health —544-3922
- Central Middle School 708 Palm Blvd
- 78520 —548-8600
- Band Hall —548-8618
- Boy's Athletics —548-8614
- Cafeteria —548-8620
- Counselors —548-8610
- Girls' Athletics —548-8615
- Health Center —548-8617
- Cummings Middle School 1800 Cummings Place
- 78520 —548-8630
- Band Hall —548-8647
- Boys' Athletics —548-8650
- Cafeteria —548-8646
- Counselors —548-8651
- Girls' Athletics —548-8651
- Health Center —548-8617
- Eddie Lucio Middle School 300 N Vermillion Av
- 78521 —831-6550
- Band Hall —838-4041
- Boy's Athletics —838-4038
- Cafeteria —838-4013
- Counselors —838-4039
- Girl's Athletics —838-4039
- Health Center —838-4029
- Faulk Middle School 2000 Roosevelt 78521 —548-8500
- Band Hall —548-8517
- Boys' Athletics —548-8514
- Cafeteria —548-8518
- Counselors —548-8512
- Girl's Athletics —548-8515
- Health Center —548-8526
- Oliveira Middle School 444 Land O'Lakes —548-8530
- Band Hall —548-8549
- Boys' Athletics —548-8541
- Cafeteria —548-8550
- Counselors —548-8547
- Girls' Athletics —548-8543
- Health Center —548-8557
- Perkins Middle School 4750 Austin Rd
- 78521 —831-8770
- Band Hall —831-8796
- Boys' Athletics —831-8799
- Cafeteria —831-8787
- Counselors —831-8811
- Health Center —831-8798
- Health Center —831-8793
- Stell Middle School 1105 Los Ebanos Blvd
- 78520 —548-8560
- Band Hall —548-8577
- Boys' Athletics —548-8575
- Cafeteria —548-8584

continued on next column

continued from previous column

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT—**

**MIDDLE SCHOOLS—**
- Counselors —548-8570
- Girls' Athletics —548-8576
- Health Center —548-8581
- Vela Middle School 4905 Paredes Line Rd
- 78521 —548-7770
- Band Hall —548-7793
- Boys Athletics —548-7795
- Cafeteria —548-7798
- Counselors —548-7786
- Girls Athletics —548-7796
- Health Center —548-7784

**Other Campuses—**
- Regional Schools For The Deaf—
- Egly Elementary 445 Land O'Lakes Dr
- —548-8863
- Hanna High 1615 Price 78521 —548-8665
- Oliveira Middle School 444 Land O'Lakes —548-8552

**Elementary Schools—**
- Aiken Elementary 6290 Southmost Rd
- 78521 —986-5200
- Burns Elementary 1974 Alton Gloor 78521 —548-8490
- Cafeteria —548-8493
- Health Center —548-8484
- Canales Elementary 1811 International Blvd
- 78521 —548-8900
- Cafeteria —548-8908
- Health Center —548-8906
- Castaneda Elementary 3064 E 50th St
- 78521 —548-8800
- Cafeteria —548-8813
- Health Center —548-8809
- Clearwater Elementary 711 Prom Blvd
- 78520 —548-8840
- Cafeteria —548-8841
- Health Center —548-8848
- Cromack Elementary 1200 E 30th St 78521 —548-8820
- Cafeteria —548-8826
- Health Center —548-8828
- Del Castillo Elementary 105 Morningside Rd —982-2600
- Cafeteria —982-2612
- Health Center —982-2608
- Egly Elementary 445 Land O'Lakes —548-8850
- Cafeteria —548-8856
- Health Center —548-8854
- El Jardin Elementary 6911 Boca Chica Blvd
- —831-6000
- Cafeteria —831-6016
- Health Center —831-6015
- Garden Park Elementary 855 Manory Hwy
- —982-2630
- Cafeteria —982-2650
- Health Center —982-2635
- Garza Elementary 200 Esperanza Ln 78521 —982-2673
- Cafeteria —982-2673
- Health Center —982-2669
- Gonzalez Elementary 4300 Coffee Port Rd
- —831-6030
- Cafeteria —831-6039
- Health Center —831-6038
- Hudson Elementary—
- 2920 FM 802 78521 —574-6400
- Cafeteria —574-6419
- Health Center —574-6408
- Longoria Elementary 2400 E Van Buren St
- 78521 —982-2700
- Cafeteria —982-2709
- Health Center —982-2706
- Martin Elementary 1701 Stanford Av 78520 —982-2736
- Cafeteria —982-2738
- Health Center —982-2736
- Morningside Elementary 1025 Morningside Rd
- 78521 —982-2760
- Cafeteria —982-2776
- Health Center —982-2770
- Palm Grove Elementary 7942 Southmost Rd
- 78521 —982-3850
- Cafeteria —982-3854
- Health Center —982-3853
- Perez Elementary 2514 Shofer Dr 78521 —982-2800
- Cafeteria —982-2807
- Health Center —982-2811
- Putegnat Elementary 730 E 8th St 78520 —548-8870
- Cafeteria —548-8915
- Health Center —548-8934
- Resaca Elementary 901 Fillmore St 78520 —982-2900
- Cafeteria —982-2909
- Health Center —982-2907
- Russell Elementary 800 Lakeside Blvd
- 78520 —548-8960
- Cafeteria —548-8965
- Health Center —548-8965
- Sharp Elementary 1439 Palm Blvd —982-2930
- Cafeteria —982-2941
- Health Center —982-2938
- Skinner Elementary 411 W St Charles
- 78520 —982-2830
- Cafeteria —982-2842
- Health Center —982-2941
- Southmost Elementary 5245 Southmost Rd
- 78521 —548-8870

continued on next column

continued from previous column

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT—**
- Hudson Elementary—
- Cafeteria —548-8595
- Health Center —548-8570
- Vermillion Elementary 6895 FM 802 —831-6060
- Cafeteria —831-6078
- Health Center —831-6068
- Victoria Heights Elementary 2801 E 13th St
- 78521 —982-2960
- Cafeteria —982-2970
- Health Center —982-2969
- Villa Nueva Elementary Rt 8 Box 630
- 78520 —542-1760
- Health Center —542-1760
- Yturria Elementary 2955 W Tandy Rd —350-1250
- Cafeteria —350-3225

Brownsville Information Center 650 FM 802
78520 —982-2970
**Brownsville Irrigation & Drainage District—**
5725 Coffeeport Rd 78521 —831-8462
River Pump Southmost Rd 78521 —542-2769
Brownsville Jaycees 1175 W Price Rd 78520 —542-1446
Brownsville Kiddie Health Center 95 E Price Rd
78521 —504-6080
Brownsville Kidney Center 2945 Central Blvd
78521 —542-8094
Brownsville Litho 2065 E 12th St 78521 —541-1126
Brownsville Machine Shop Inc—
FM 511 —831-3052
FM 511 —542-1989
Brownsville & Matamoros Bridge Co 1300 Mexico St
78520 —548-8558
Brownsville MBDC 3505 Boca Chica Blvd 78521 —546-3400
Brownsville Medical Associates 95 E Price Rd
78521 —546-3116
Brownsville Medical Billing 2100 Boca Chica Blvd
78521 —986-0704

## BROWNSVILLE MEDICAL CENTER—
1040 W Jefferson St— —544-1400
- Admitting —544-1406
- Auxiliary Gift Shop —544-1482
- Cardiac Catheterization Lab —544-1464
- Cardiology-EEG —544-1458
- Case Management —544-1473
- Center For Diabetes Management —544-1512
- Data Processing —544-1439
- Dietitian —544-1507
- Emergency Room Registration —544-1586
- Engineering —544-1531
- Environmental Services —544-1522
- Food & Nutrition Services —544-1508
- Hyperbarics —544-1546
- International Services —544-1496
- Laboratory —544-1467
- Mammography —544-1543
- Managed Care —544-1423
- Marketing And Public Relations —544-1513
- Medical Records —541-0787
- Nuclear Medicine —544-1499
- Obstetrical Services —544-1549
- Outpatient Rehabilitation —541-0790
- Outpatient Services —544-1549
- Patient Accounts —544-1401
- Pediatrics —544-1434
- Personnel —544-1428
- Physical Therapy —544-1500
- Physician Referral Line 1040 W Jefferson St
- 78520 —542-5433
- Premiere Plus Wellness Center —544-2813
- Prenatal Class Information —544-1549
- Radiology —544-1478
- Respiratory Care —544-1503
- Short Stay —544-1527
- 2-Tower —544-1549
- 3-Tower —544-1552

Brownsville Medical Equipment Inc 305 E 12th St
78520 —546-6361
Brownsville Memorial Funeral Home 835 N Expressway
78520 —546-7500
Brownsville Missionary Baptist Church
4425 Boca Chica 78521 —546-8016
Brownsville Motor Carriers 5216 N Expressway
78521 —350-4574

## BROWNSVILLE MOTOR CO INC
3254 Boca Chica 78521 —546-7141

## BROWNSVILLE NAVIGATION DISTRICT—
1000 Foust Rd Brownsville 78521
—831-4592
Main Fax —831-3106

Brownsville Obstetrics & Gynecology Associates
944 Central Blvd 78520 —550-8733

## BROWNSVILLE PAWN SHOP
1030 E Madison 78520 —546-7742
Brownsville Pediatric & Adolescent Care
3150 International Blvd 78521 —548-1100

## BROWNSVILLE PEDIATRICS ASSOCIATION 2335 Central Blvd
78520 —546-3126
Telephone Answered 24 Hrs A Day —546-3126

## BROWNSVILLE PHYSICAL THERAPY & SPORTS MEDICINE
1214 Boca Chica Blvd 78520 —544-2401
Brownsville Police Officers Assoc 814 N Expressway
78521 —542-2712
Brownsville Postal Boxes Private 3724 C Boca Chica
78521 —544-5305
Brownsville Postal Center Inc 943 N Expressway
78521 —544-3600
Brownsville Precision Tune 3918 Boca Chica Blvd
78521 —541-3444
Brownsville Products 2320 E 14th St 78521 —982-0910
Brownsville Professional Medical Associates
645 Villa Maria Blvd 78520 —542-2978

## BROWNSVILLE PUBLIC UTILITIES BOARD—
1425 Robinhood Drive
- General Information —983-6100
- Emergencies & To Report Outages —983-6300
- Toll Free—Dial 1 & Then —800 869-2922
- CUSTOMER SERVICE—
- Order New-Transfer-Change Existing Service
- —983-6122
- Payment Arrangements —983-6141
- Or —983-6132
- TELECOMMUNICATIONS FOR HEARING IMPAIRED—
- TDD —983-6303
- Or —983-6107

## BROWNSVILLE REAL ESTATE MANAGEMENT COMPANY INC
864 Ridgewood 78520 —546-8481

## BROWNSVILLE RENTAL CENTER
2615 Boca Chica 78521 —546-9042
Brownsville Rio Grande International Railroad
Hwy 48 78521 —831-7731
Brownsville Rubber Co 1350 Cheers Blvd
78521 —831-6883
Brownsville Sanitary Service 400 Captain Donald Foust
78521 —542-8245
Brownsville Scrap Paper Inc—
Warehouse 5850 N Fm 511 78521 —838-1999
Office 144 Taylor 78521 —548-1588

## BROWNSVILLE SHEET METAL WORKS INC
1954 S Price Rd 78521 —546-4517
Brownsville Society Of Performing Arts
95 E Price St Brownsville 78520 —541-7782
Brownsville-South Padre Island Board Of Realtors—
Office 1175 W Price Rd 78520 —546-8920
Fax Line 1175 W Price Rd 78520 —546-5279
Brownsville/South Padre Island International Airport
700 South Minnesota —542-4373

## BROWNSVILLE SPORTS CENTER
345 Paredes Lane 78521 —546-3055
Brownsville Surgicare
—See HealthSouth-Brownsville Surgicare
Brownsville Teachers' Credit Union—
2455 Price Rd —541-9154
Telephone Center —542-6308
Collections —542-6317
13 Palms 78520 —541-9481
Brownsville Tide Co 717 N Expressway 78520 —542-6777
Brownsville Transportation Service 217 Texas Av
78521 —542-7305

©2000 Southwestern Bell Telephone 2000

072660 ©Southwestern Bell Advertising, L.P. 2000

# EAR NOSE THROAT

**VALLEY EAR NOSE & THROAT SPECIALISTS, PA**

Leonard J. Tesoro, M.D.
Eugene S. Mackie, M.D.

Keith A. Picou, M.D.

Vincent F. Honrubia, M.D.
Gregory S. Rowin, D.O.
James J. Sorce, M.D.

**Charles Butler & Ann Wang-Audiologists**



**McAllen**
1401 S. 6th
**687-7896**

**Harlingen**
1629 Treasure Hills
**428-4221**

**Edinburg**
4426 S. McColl
**682-9077**

# Valley Cosmetic Laser Center

**Specializing In Removing:**
- Skin Cancers
- Permanent Hair Removal
- Acne Scars
- Wrinkles
- Fine Lines
- Tattoos
- Freckles
- Moles
- Spider Veins

**The Center also offers:**
LASER SKIN RESURFACING • ADVANCED GLYCOLIC
ACID PEEL PROGRAMS • PERMANENT COSMETICS
NATURAL ENZYME PUMKIN PEEL
SKIN CARE PRODUCTS and more...

*Board Certified Dermatologist and Facial Plastic Surgeons
are available for medical consultations.*

**VALLEY EAR NOSE & THROAT SPECIALISTS, PA
& DONALD L. HALL, MD**
4426 S. McColl, Edinburg, Texas 78539

**FOR CONSULTATION CALL**
**687-7860**

**Physicians & Surgeons-
Doctors Of Medicine-M.D.
Médicos y Cirujanos-Doctores en
Medicina-MD -(Cont'd)**



**PHYSICIANS & SURGEONS-
DOCTORS OF MEDICINE-M.D.
MEDICAL SPECIALTY GUIDE**
with individuals / firms grouped by
the field they practice,
is found following
*"PHYSICIANS & SURGEONS -
DOCTORS OF MEDICINE - M.D."*

BLUEBONNET FAMILY PRATICE CLINIC
   1615 S Closner Blvd Edinburg————————316-1555
**BOHART WILLIAM A MD**
   1801 S 5th Suite 117
   McAllen————————————————**682-2463**
   Valleywide————————————**800 300-5338**

BORJON EDUARDO F 2118 E Griffin Pkwy Mission————581-2763
**BORLAND FREDRICKA M MD FACS**
   Office
      GENERAL VASCULAR SURGEON
      PHONES ANSWERED 24 HRS
      110 E Savannah Bldg A Suite 202
      McAllen————————————**631-8155**
BRACAMONTES FRANCISCO
   1801 S 5th St McAllen————————687-1581
**BRADLEY VICTOR**
   110 E Savannah Av McA————————**682-4536**
**BRENNER LAWRENCE MD
FACC**
   VALLEY CARDIOLOGY PA
      530 E Ridge Rd McAllen————————**686-5226**
**BROMILEY ADELE**
   2335 Central Blvd Bmsy————————546-3126
**BROWN ESTEBAN ORTEGA**
   1801 S 5th St McAllen————————687-2693
**BROWN MARLENE CHANG**
   BROWN INTERNAL MEDICINE
      2515 A E Griffin Pkwy Mission————585-4704
**BROWNSVILLE MEDICAL ASSOCIATES**
   95 E Price Rd Brownsville————————546-3116
   ★SEE DISPLAY AD Page 461
BROWNSVILLE MEDICAL CENTER
   1040 W Jefferson St 1040 W Jefferson St Bmsy———544-1400
BROWNSVILLE OBSTETRICS & GYNECOLOGY
   ASSOCIATES 844 Central Blvd Brownsville———550-8733
BROWNSVILLE PROFESSIONAL MEDICAL
   ASSOCIATES
      645 Villa Maria Blvd Brownsville————542-2978
   ★SEE DISPLAY AD Page 453
BROWNSVILLE UROLOGICAL ASSOCIATES
   864 Central Blvd Bmsy————————546-3595
**BROWNSVILLE UROLOGICAL ASSN**
   *PRACTICE LIMITED TO
   UROLOGY*
   CENTRAL DIAGNOSTIC CLINIC
   864 Central Blvd Bmsy————————**546-3595**

BROWNSVILLE WOMEN'S CLINIC
   100 E Alton Gloor Blvd Brownsville————350-0007
   ★SEE DISPLAY AD Page 460
BUENDIA ACKITL 600 S 15th St McAllen————687-6119
**BUENTELLO PEDIATRIC
CLINIC** 1220 E 6th Weslaco————————968-9571
BUJANDA BENJAMIN 1801 S 5th St McAllen————682-8343
CALVO DIONISIO & ASSOCIATES
   1402 E 8th St Weslaco————————968-6546
CALVO DIONISIO B III 222 E Ridge Rd McAllen———630-3155
CAMACHO HOMERO
   *OBSTETRICS &
   WOMEN'S HEALTH*
   548-1178
   848 Ridgewood Bmsy
   (Next To Los Ebanos Post Office)

*listings are continued on page 451*

listings are continued on page 451

**0  Physicians**                    Need Help? See The Red Index                    07266© ©Southwestern Bell Advertising, LP 20

## Mario Fernandez, M.D.
**EAR, NOSE & THROAT - RELATED ALLERGIES | HEARING AIDS DISPENSED**

Head & Neck Surgery                    Board Certified
Facial Plastic & Reconstructive Surgery
• Nasal & Sinus Diseases • Allergy Medicine & Shots • Hearing Tests
• Certified Audiologist                    • Sleep Disorders



**580-1163**        **972-1655**
910 S BRYAN STE 101 - MISSION   1126 GALVESTON STE B - McALLEN

---

"Quality Personal Care For Every Stage Of A Women's Life."
# BROWNSVILLE WOMEN'S CLINIC
### Complete Gynecological & Obstetrical Care

**F. Javier Del Castillo, M.D., F.A.C.O.G.**
**Ramiro Munoz Jr., M.D., F.A.C.O.G.**

OBSTETRICS • GYNECOLOGY
INFERTILITY • BIRTH CONTROL
PAP SMEARS • PREGNANCY TESTS
TOTAL PREGNANCY CARE
(normal & high risk)
3-D SONOGRAMS • COLPOSCOPY
BONE DENSITY SCANNING • AMNIOCENTESIS

MON. - FRI 9.30am TO 5.30pm
TUES. & THURS. 'TIL 7pm.
**350-0007**
*PHONE ANSWERED 24 HRS*
100 E. Alton Gloor Blvd.• Brownsville, Tx.

---

## Valley Retina Institute, P.A.
**ADULT & PEDIATRIC DISEASES OF THE RETINA & VITREOUS**
Diplomates of the American Board of Ophthalmology

VICTOR H. GONZALEZ, M.D.
MARTHA A. HOWARD, M.D.
ROBERTO DIAZ-ROHENA, M.D.

• Laser Surgery          • Macular Surgery
• Macular Degeneration    • Diabetic Retinopathy
• Retinal Detachments     • Retinopathy of Prematurity
• Uveitis Management

| McAllen | Harlingen |
|---|---|
| **631-8875** | **364-0208** |
| 1910 S. 1st. Street, Ste. 400 | 1645 Treasure Hills Blvd. |
| **Raymondville** | **Brownsville** |
| **689-2225** | **504-1202** |

VICTOR H. GONZALEZ, M.D.   MARTHA A. HOWARD, M.D.

Medicaid & Private Insurance Accepted   182 E. Kimball Ave.   864 Central Blvd., Ste. 2800

### OPHTHALMIC CONSULTANTS OF TEXAS, P.A.
Diseases and Surgery Of the Eye



Laser Surgery
Cataract Surgery

ERROL G. CHANDRA, M.D.

**364-0208**

1645 Treasure Hills Blvd., Harlingen
864 Central Blvd., Ste. 2800 Brownsville
182 E. Kimball Ave. Raymondville
1910 S 1st Street, Ste. 400, McAllen

---

## "Complete Health Care for the Entire Family"
Board Certified In Family Practice
TWO LOCATIONS

**High Point Medical Plaza**
4705 S. Sugar Rd., Ste. B
Edinburg, Tx 78539
**386-0000**

*Norma Iglesias, MD*

**San Juan Day & Night Clinic**
1211 N. Raul Longoria, Suite C
San Juan, Tx 78589
**702-0444**

*Letreise Winkfield, MD*
*Theresa Valladares, MD*

• Pap Smears          • Complete Pregnancy Care
• Birth Control        • Normal & C-Section Deliveries
• Physical & Immunizations • Pediatrics
• Complete Family Medical Care • Full Lab/X-Rays/EKG

IGLESIAS

**Physicians & Surgeons-**
**Doctors Of Medicine-M.D.**
Médicos y Cirujanos-Doctores en
Medicina-MD -(Cont'd)

---

**PHYSICIANS & SURGEONS-**
**DOCTORS OF MEDICINE-M.D.**
**MEDICAL SPECIALTY GUIDE**
with individuals / firms grouped by
the field they practice,
is found following
*"PHYSICIANS & SURGEONS-*
*DOCTORS OF MEDICINE - M.D."*

---

FERTILITY CENTER OF SAN ANTONIO

**Fertility Center**

**OFFICE-BASED SERVICES**
for
**Infertility**

Reproductive Technology, IVF, IUI

+ + + + +
PhD-Directed Embryology Lab:
Embryo Culture          Sperm Bank
Semen Analysis          Hormone Testing
Cryopreservation

**FINANCING AVAILABLE**

WEBSITE  www.FertilitySA.com

Methodist Plaza ........................ **800-708-1869**
4499 Medical Dr  Ste 200 ........ **210-692-0577**

FIGUEROA ANTONIO
 2334 Boca Chica Blvd Brownsville ............ 548-1227
FIRST AID VALLEY MEDICAL PA Brnsv ........ 618-525
FIRST AID VALLEY MEDICAL PA
 805 Old Port Isabel Rd Brownsville ........ 504-227
FIRST AID VALLEY MEDICAL PA
 805 Old Port Isabel Rd Brownsville ........ 548-2222
FISHER DAVID W MD 5148 N 10th St McAllen .... 664-9911
FISHER WILLIAM A
 1770 N Ed Carey Harlingen ............ 423-1283
FLEMING RICHARD 1505 E Expwy 83 Mission .... 585-0002

FLORES EDUARDO O MD FACC

**HEART CLINIC P.A.**


See Display Ad This Classification

 McALLEN
500 E Ridge Rd Suite 300 ............ 630-5552
 HARLINGEN
2310 N Ed Carey Suite 1A ............ 428-5522
 WESLACO
902 S Airport Suite 5 ............ 969-1222

FLORES MAGDALENA
 SAM  PROFESSIONAL TOWER #140
 344 Central Blvd Brownsville ........ 550-8733
FLOREZ MARCO T MD 306 W Park Pharr ........ 781-2953
FOLSOM CHARLES T 632 Ed Carey Dr Harl ...... 421-2665
FOX CHARLES D JR 2121 Pease Harlingen ...... 428-4061

FRANCIS ALBERTO
 1801 S 5th St McAllen ............ 618-2888
 ★SEE DISPLAY AD Page 449
FREMAUX RICHARD
 100-A Alton Gloor Blvd Brownsville ........ 350-0714
FUENTES ALEJANDRO 1710 E 8th St Weslaco .... 969-2536
FULLER M DARRY MD 1901 S 2nd St McAllen .... 687-5150
FULLER TERRY 2121 Pease Harlingen .......... 440-7494
GALINDO EUGENIO G 1901 S 2nd St McAllen .... 687-5150

GARCIA CANTU CARLOS

**PERIPHERAL VASCULAR**
**& GENERAL SURGERY**

**687-7151**        **383-3360**
1801 S 5th Ste 120 McA   4302 S Sugar Ste 210 Edbg

072660 ©Southwestern Bell Advertising, L.P. 2000
¿Necesita Ayuda?  Véase El Índice De Color Morado

# Physicians & Surgeons-Doctors Of Medicine-M.D.
## Medical Specialty Guide



The listings in this Guide do not necessarily represent a complete list of all Physicians & Surgeons practicing in the fields shown. Also, appearance in this Guide does not mean that SWB Yellow Pages certifies these Physicians & Surgeons as board certified specialists in their area of practice.

## NEPHROLOGY (KIDNEYS) -(Cont'd)

UKOLI CARE CLINIC PA
Preston M Ukoli MD
2945 Central Blvd Brownsville----542-1655
VALLEY DIAGNOSTIC CLINIC PA
Joseph C Dougherty MD FACP
Abbas Lokhandwala MD
2220 Haine Harlingen----------425-7200
WATSON W WISE MEMORIAL DIALYSIS CENTER
2220 Haine Harlingen----------389-2345

## NEUROLOGICAL SURGERY

KURI JOSE
**Diplomate American Board of Neurological Surgery**
3 Ted Hunt Blvd Brownsville--------831-7348
Or Call--------------------------541-4845
If No Answer Dial------------------542-7842

NEUROSURGICAL ASSOCIATES
VALLEY NEUROSURGEONS PLLC
www.ebrainMD.com
Brent L. Clyde, M.D.
Eric G. Six, M.D., FACS
neurosurgeons@mindspring.com
1725 Ed Carey Drive
Harlingen, Texas 78550---------956-423-0022
PACHECO-SERRANT NELSON MD
800 W Jefferson St Brownsville----504-1322
PISHARODI MADHAVAN
1801 N Ed Carey Harlingen--------412-2592
**PISHARODI MADHAVEN**
942 Wild Rose Ln Brownsville------541-6725
RAMOS GUSTAVO
110 E Savannah Av McA------------687-1998
TJERINA HUMBERTO
**Diplomate American Board of Neurological Surgery**
1801 S 5th St McAllen-------------631-8717

## NEUROLOGY (NERVOUS SYSTEM)

**AHMED FAIZ** Weslaco----------969-3988

DIAZ GABRIEL MD
**NEUROLOGY ● EMG ● EEG**
2111 Cornerstone Blvd Edin---------664-0002
2015 E. Griffin Pkwy Mis-----------585-0806

DOWNEY GALE T
1624 S Carolina Harl--------------425-6522
FULLER TERRY
Board Certified-Neurology & Neurophysiology
EMG,EEG,EP
2121 Pease Harlingen-------------440-7494
**KHABBAZEH ZUKA**
5517 N McColl Rd McAllen----------664-1999
LOYEZ JORGE E
100-B E Alton Gloor Blvd
Brownsville---------------------350-0048
LOZANO ROBERT A
BMC Professional Tower Suite 330
844 Central Blvd Brownsville------982-0400

*listings are continued*

## NEUROLOGY (NERVOUS SYSTEM) -(Cont'd)

MIMBELA RAFAEL A MD
Building E Suite B
95 E Price Rd Brnsv--------------541-3421
MIRELES RUY
1910 S 1st St McAllen------------687-7885
If No Answer Call----------------630-6982
NEUROLOGICAL CLINICS OF THE RIO GRANDE VALLEY LLP
BMC Professional Tower Suite 330
844 Central Blvd
Brownsville--------------------982-0400
ONGHAI PHILIP G
BMC Professional Tower Suite 330
844 Central Blvd Brownsville------982-0400
YEE TOMMY
Board Certified Neurology
Day Or Night Dial
1913 S 1st St---------------------686-2393

## OBSTETRICS (CHILD BEARING)

ALEMAN RUBEN DR & ASSOCIATES

■ RUBEN ALEMAN, M.D.

■ FRANCISCO J. CALICA, M.D.

■ ENRIQUE A. LEAL III, M.D.

**686-5432**
1801 S 5th St Ste 130 McAllen

**BENAVIDES HENRY**
2121 Pease Harlingen-------------428-6601
**BLANCO RONALD E**
Board Certified In Obstetrics & Gynecology
1330 E 6th St Weslaco-----------969-0999
CANALES ERASTO MD PA
334 Lindberg McAllen------------686-2020
CANALES RICARDO MD PA
334 Lindberg McAllen------------686-2020
CINTRON MIGUEL A MD
1717 Ed Carey Harlingen---------423-4030
COHEN JOSE
1717 Ed Carey Harlingen---------423-4030
FERNANDEZ JOSE R MD FACOG
1002 W Sam Houston Av----------782-4042
FRANCIS ALBERTO
See Display-Main Heading Physicians
& Surgeons-Doctors Of Medicine-M.D.
1801 S 5th St McAllen-----------618-2888
GARCIA JUAN M MD
1901 Ed Carey Harlingen---------421-2757
GARCIA SAMUEL JR
308 Lindberg McAllen------------686-6050
GOWEN ROSE MARIE Z
844 Central Blvd Brownsville------504-6880

*listings are continued*

## OBSTETRICS (CHILD BEARING) -(Cont'd)

HOHENSTEIN JACOBO
**BOARD CERTIFIED IN OB-GYN
MCALLEN DOCTORS CENTER
687-3232**
If No Answer Dial McAllen--------682-0133
1801 S 5th St McAllen
Suite 209

**MEDINA BERTHA L MD PA**
721 Savannah Av
McAllen-------McAllen Tel No 630-5585
MEDINA JAVIER
1924 E Griffin Pkwy Mission------581-5100
MINCK RORY NOEL MD
1717 Ed Carey Harlingen---------423-4030
**MIRANDA JORGE E**
WOMENS HEALTH GROUP BOARD
CERTIFIED IN OBSTETRICS,
GYNECOLOGY & INFERTILITY
2521-4 E Griffin Pkwy Mission----581-2168
1001 E Frontage Rd Ste J Alamo
--------------------------782-7878
5 Mile Line & Mayberry Alton-----585-2404
MONTANEZ GUILLERMO
See Display Alberto Francis Under
Physicians & Surgeons-Doctors Of
Medicine-M.D.
1801 S 5th St McAllen-----------618-2888
OB-GYN SPECIALIST CENTER
**DR. MACAULAY A. OJEAGA, M.D.**
Specialist In Normal & High
Risk Pregnancies (all ages)
* Ask About Our Baby of the Year Contest
*See Our Ad At Physicians & Surgeons M.D.
**630-5600**
500 W Expressway 83 • McAllen,Tx 78501
**SALINAS MARIANO MD**
1720 Pecan Av McAllen----------686-0027
VALLEY WOMEN'S CLINIC PA
1717 Ed Carey Harlingen---------423-4030

## OBSTETRICS & GYNECOLOGY (WOMEN'S HEALTH CARE)

**ALMAGUER CARLOS MD**
McAllen Medical Plaza Suite 106
222 E Ridge Rd McAllen----------568-9100
**ATILANO LORRAIN C**
501 Savannah Av McAllen
McAllen---------------McAllen Tel No
**BENAVIDES HENRY**
2121 Pease Harlingen-------------428-6601
BIDDLE JAMES L
**JAMES L. BIDDLE, MD**
Board Certified-Obstetrics/Gynecology
222 E Ridge Rd Suite 216 McAllen---686-6588

*listings are continued*

## OBSTETRICS & GYNECOLOGY (WOMEN'S HEALTH CARE) -(Cont'd)

**BLANCO RONALD E**
Board Certified In Obstetrics & Gynecology
1330 E 6th St Weslaco-----------969-0999
**BUENDIA ACXITL**
600 S 15th St McAllen-----------687-6119
**CAMACHO HOMERO**
848 Ridgewood Brownsville-------548-1178
**CANTU UVALDO JR MD**
2230 Haine Dr Harlingen---------425-4901
CEPEDA ALBERTO
1502 E 8th St Weslaco Tx--------968-4531
CINTRON MIGUEL A MD
1717 Ed Carey Harlingen---------423-4030
Port Isabel---------------------943-4333
Raymondville--------------------689-4466
Valley Wide
Toll Free-Dial "1" & Then - 800 423-1101
Cisneros Jose
Brownsville Brownsville----------544-2001
CLINICA SANTA MARIA
Information Brnsv---------------544-2001
COHEN JOSE
1717 Ed Carey Harlingen---------423-4030
Port Isabel---------------------943-4333
Raymondville--------------------689-4466
Valley Wide
Toll Free-Dial "1" & Then - 800 423-1101
CORONADO CESAR
**CESAR CORONADO, MD**
Board Certified-Obstetrics Gynecology
222 E Ridge Rd Suite 216 McAllen---686-6588
DAVIS KEVIN B
4900 N 10th St McAllen----------686-6302
DEL CASTILLO F J MD FACOG
**Brownsville Women's Clinic**
Gynecological & Obstetrical Care
"Quality Personal Care For Every
Stage of a Woman's Life"
See Our Display Ad For More Information
100-B Alton Gloor Blvd Ste 150---350-0007
DIAZ-GONZALEZ ROBERTO
BMC Professional Tower #140
844 Central Blvd Brownsville------550-8733
EDINBURG WOMEN'S CENTER
Carlos Mohamed MD FACOG
Jim Garza MD
Montalvo Ayala Garza
Edinburg Medical Plaza Suite 240
4302 S Sugar Rd Edinburg
FERNANDEZ JOSE R MD FACOG
1002 W Sam Houston Av----------
FLORES MAGDALENA
BMC Professional Tower
844 Central Blvd Brownsville
FRANCIS ALBERTO
See Display-Main Heading Physicians
& Surgeons-Doctors Of Medicine-
1801 S 5th St McAllen
GARCIA HENRY F.
501 Savannah Av McAllen---------530-

*listings are continued on next page*

**Column 1**

Brownsville Medical Associates 95 E Price Rd
78521 —546-3116
Brownsville Medical Billing 302 Kings Hwy
78521 —986-0704

## BROWNSVILLE MEDICAL CENTER-
1040 W Jefferson St —544-1400
Admitting —544-1486
Auxiliary Gift Shop —544-1482
Cardiac Catheterization Lab —544-1464
Cardiology-EEG —544-1458
Case Management —544-1473
Center For Diabetes Management —544-1512
Data Processing —544-1439
Dietician —544-1500
Emergency Room Registration —544-1586
Engineering —544-1531
Environmental Services —544-1522
Food & Nutrition Services —544-1508
Hyperbarics —544-1546
International Services —544-1513
Laboratory —544-1467
Mammography/Scheduling —544-1412
Managed Care —544-1423
Marketing And Public Relations —544-1511
Medical Records —544-0787
Nuclear Medicine —544-1499
Obstetrical Services —544-1549
Outpatient Rehabilitation —544-1470
Outpatient Services —544-1454
Patient Accounts —544-1401
Pediatrics —544-1434
Personnel —544-1428
Physical Therapy —544-1560
Physician Referral Line 1040 W Jefferson St
78520 —542-1433
Premiers Plus Wellness Center —544-1519
Prenatal Class Information —544-1549
Radiology —544-1481
Respiratory Care —544-1503
Short Stay —544-1527
2-Tower —544-1550
3-Tower —544-1552

Brownsville Medical Center 1040 W Jefferson St
78520 —544-0712
Brownsville Medical Center 1040 W Jefferson St
78520 —544-1955
Brownsville Medical Center 1040 W Jefferson St
78520 —544-4115
Brownsville Medical Center 1040 W Jefferson St
78520 —544-4746
Brownsville Medical Center 1040 W Jefferson St
78520 —544-4754
Brownsville Medical Center 1040 W Jefferson St
78520 —544-4834
Brownsville Medical Center 1040 W Jefferson St
78520 —544-5884
Brownsville Medical Center 1040 W Jefferson St
78520 —544-6301
Brownsville Missionary Baptist Church
4425 Boca Chica 78521 —546-8016
Brownsville Motor Carriers 5216 N Expressway
78521 —350-4574

## BROWNSVILLE MOTOR CO INC
3754 Boca Chica 78521 —546-7141
Brownsville Museum Of Fine Art 230 Neale Dr —542-0941

## BROWNSVILLE NAVIGATION DISTRICT-
1000 Foust Rd 78521 —831-4592
Main Fax —831-5106

Brownsville Obstetrics & Gynecology Associates
78520 —541-4488
Brownsville Open MRI 908 Paredes Line Rd
78521 —541-4488

## BROWNSVILLE PAWN SHOP
1030 E Madison 78520 —546-7742
Brownsville Pediatric & Adolescent Care
3150 International Blvd 78521 —548-1100

## BROWNSVILLE PEDIATRICS ASSOCIATION 2235 Central Blvd
78521 —546-3126
Telephone Answered 24 Hrs A Day —546-3126

## BROWNSVILLE PHYSICAL THERAPY & SPORTS MEDICINE
1724 Boca Chica Blvd 78520 —544-2401

**Column 2**

Brownsville Postal Boxes Private 2314 Boca Chica
78521 —544-5305
Brownsville Postal Center Inc 943 N Expressway
78521 —541-3600
Brownsville Precision Tune 2916 Boca Chica Blvd —541-3444
Brownsville Products 3320 E 14th St 78521 —982-0910
Brownsville Professional Medical Associates
645 Valley View Rd 78520 —542-2978

## BROWNSVILLE PUBLIC UTILITIES BOARD-
1425 Robinhood Drive
General Information —
Emergencies & To Report Outages —983-6300
Toll Free-Dial 1 & Then —800 869-2922
CUSTOMER SERVICE:
Order New-Transfer-Change Existing Service
—983-6121
Payment Arrangements —983-6141
Or —983-6382
TELECOMMUNICATIONS FOR HEARING IMPAIRED:
TDD —983-6383
Or —983-6107

## BROWNSVILLE REAL ESTATE MANAGEMENT COMPANY INC 844 Ridgewood
78520 —546-8481

## BROWNSVILLE RENTAL CENTER
2615 Boca Chica 78521 —546-9042
Brownsville Rio Grande International Railroad
Hwy 48 78521 —831-7731
Brownsville Sanitary Service 400 Concan Donald Foust
78521 —542-8245
Brownsville Scrap Paper Inc—
Warehouse 5850 N Fm 511 78521 —838-1999
Office 1440 Harvard 78521 —548-1588

## BROWNSVILLE SHEET METAL WORKS INC
1954 S Price Rd 78521 —546-4517

Brownsville Society Of Performers Arts
95 E Price Rd Brownsville 78521 —541-7782
Brownsville Society Of Performing Arts
1452 E Madison St —541-7782
Brownsville-South Padre Island Board Of Realtors—
Office 1175 W Price Rd 78520 —546-8920
Fax Line 1175 W Price Rd 78520 —546-4373
Brownsville/South Padre Island International Airport
700 S Minnesota Av 78521 —542-4373

## BROWNSVILLE SPORTS CENTER
345 Paredes Line 78521 —546-3055
Brownsville Surgical Hospital LLC 4750 N Expressway
78520 —350-0734
Brownsville Surgical Hospital 4750 N Expressway
78520 —554-2000
Brownsville Surgicare —
See HealthSouth-Brownsville Surgicare
Brownsville Teachers' Credit Union—
2455 Price Rd 78521 —541-9154
Telephone Center —541-1354
Collections —542-6317
13 Palm Village —541-9481
Brownsville Title Co 717 N Expressway 78520 —831-7928
Brownsville Transportation Service —350-5160

## BROWNSVILLE TV
1655 E Price Rd 78521 —542-2110

Brownsville Urban System 700 South Iowa
78521 —541-4881
Brownsville Urban System Fax Line 700 S Iowa Av
78521 —547-7603
Brownsville Urban System-Operations
Morse Cannon —548-6050

## BROWNSVILLE UROLOGICAL ASSOCIATES
864 Central Blvd 78521 —546-3595
Brownsville Used Tires & Wheels 1175 Boca Chica Blvd
78521 —548-0169

## BROWNSVILLE VETERINARY HOSPITAL PC 1810 Central Blvd 78520 —542-7705
Emergencies Nights & Holidays Call —542-7705

**Column 3**

Brownsville Warehousing Services Inc
488 Regal Row 78521 —546-7205

## BROWNSVILLE WOMEN'S CLINIC
100 E Alton Gloor Blvd 78521 —350-0007

Brownsville Women's Health & Wellness Center—
844 Central Blvd 78521 —350-0838
Brownsville Coffee Shop 3230 International Blvd
78521 —546-3135
BRUCE Carlos 911 Avenida Balboa 78575 —350-0866
James 911 Avenida Balboa 78575 —350-0866
Jerry 911 Avenida Balboa 78575 —350-0865
Mark 943 N Expressway 78520 —547-8202
Mark 1900 Cornerport Rd 78521 —547-8302
Mara 2848 Greenriver Dr 78521 —643-6534
Nevin 718 Hamilton Ct 78521 —831-3510
Brummeier Steven 5351 Wilderness Dr
78521 —541-8904
BRUNGMAN Gilbert Dorothy St 78521 —831-4372
BRUNNER Roger L 700 E St Charles St 78520 —544-2382
BRUNO D 5409 Aston Rd 78521 —831-0590
BRUNSVOLD Perley O 100 Tangerine Blvd
78521 —541-4724
Brusniak Clement & Harrison Pc 1325 Palm Blvd
78520 —542-8905
BRYAN Carl A 1444 Harvard 78521 —542-7595
Carlos 645 W Fronton St 78520 —544-7620
Cory 1524 Morton St 78521 —550-9751
Enrique 1824 W Madison St 78521 —982-4324
Esperanza 54 Mason 78520 —542-0364
James 54 Mason Av 78520 —542-0364
James 54 Mason 78520 —542-0304
John Henry 113 Avenue B 78520 —544-3096
Mary E 1101 E Fronton St 78521 —550-5083
M J Jr 1615 W Levee 78520 —342-3115
Ossie 100 Tangerine 78521 —541-7017
W J 801 W Fronton 78520 —544-5486
Wm J Jr 1524 W Washington 78520 —544-6016
Bryant Gary 6955 W Lakeside Blvd 78520 —350-5608
Consumer Line Lakeside Blvd 78520 —350-7791
Jack M Co 7524 Padre Island Hwy 78521 —831-7997
M L 1444 Harvard 78521 —838-1001
M L 1444 Harvard 78521 —542-2187

## BRYANT & STINGLEY INC
BROWNSVILLE TX TEL NO - 542-1020

BRZEZINSKI ROBERT E MFF
1325 Palm Blvd 78520 —544-1932
B's Hobbies Toys & Collectibles 731 E Elizabeth St
78520 —546-6081
BUCHANAN Brad 74 San Diego Av 78521 —546-9591
John 54 Avenue A 78520 —546-1772
John 54 Avenue A 78520 —504-6790
Robert B 165 Rooms Ln 78520 —982-1915
Robert B 165 Rooms Lane 78520 —546-2120
Tracy 74 San Diego Av 78521 —546-9591
BUCHELI Luis R 505 Avenida Balboa 78575 —550-9663
BUCHHOLTZ E 1224 W Illinois 78521 —831-4276
BUCHHOLZ A H 4750 La Palomas 78521 —544-1177
Rick & Norra 115 Canagorm 78521 —544-2358
Vic 1254 E San Marcos Blvd 78521 —542-1116
Ossie 100 Tangerine 78521 —982-0459
BUCK G Sam 100 Tangerine Blvd 78521 —541-4127
W Y Jr 1780 Fm 3113 —831-4697
BUCKHOLZ Donald 434 Winterhaven Ln 78521 —544-3346
BUCKINGHAM J J at 247 Creekbend 78521 —541-7485
BUCKLEY J Robert 19 Shenandoah 78520 —544-4184
BUCKNER Janet F re 1318 Avenida Santa Ana
78521 —350-4705
Buckner Rental Service/Neff Rental—
3180 Fm 802 78521 —544-2419
Or —544-8113
3180 Fm 802 Brownsville Tx 78521 —423-4748
Buckner Star Program 1505 Boca Chica Blvd
78521 —542-9830
BUDD C R 6900 Cofferport Rd 78521 —838-6516
Esther 6900 Cofferport Rd 78521 —831-7928
Budget Car Sales —350-1312
Budget Car & Truck Rental 700 S Minnesota Av
78521 —546-5563
BUDJER George 4716 N Central Av 78521 —831-0226
BUDZISZEWSKI Janusz W Lakeside Blvd —547-7599
BUELTELLO Insaleccton 314 Chester St 78521 —838-2641
BUELTRON Eusebaldo 174 San Cristobal St
78520 —986-2106

Buena Vista Burial Park—
Main Office 1 McDavitt Blvd 78521 —542-5271
Shop 5 McDavitt Blvd 78521 —504-1825
Buena Vista Funeral Home 125 McDavitt Blvd
78521 —541-5400
Buena Vista Funeral Home Sales 2100 Boca Chica Blvd
78521 —544-4200
BUENDIA Maria Rosa 401 Jose Marti Blvd
78521 —541-2518
BUENO Emilio L Rancho Viejo —350-4666
Fernando 75 Cortez 78575 —550-5484
Jose 154 Teperoc Cir 78521 —831-7225
Leonard 5112 Boca Chica Blvd 78521 —831-5893
Leonzo Jr 445 W Washington 78520 —542-7338
Maria Estefania Fm Rd 803 —350-6119
Yolanda 7226 Vida Prancho Dr 78521 —838-1281
BUENROSTRO Adrian Fm 1732 78575 —350-4440
Carlos 2405 E Lakeside —350-8306
Catarina 182 Kloeberg Av 78521 —541-4678
Efraim 1204 Russell Dr 78520 —541-6779
Juan 27 East Dr 78520 —504-4964
Luis 84 Lakeshore Dr 78521 —542-2305
Luis E 1184 Sycamore Dr 78520 —544-2175
Luis E 1184 Sycamore Dr 78520 —544-2177

**Column 4**

BUENROSTRO Maricela 2757 Rockwell Dr.
78521 —544-6656
Miguel 6255 Jerada Av 78521 —838-3645
Robie 2244 E Van Buren St 78521 —966-2575
Roben 1754 W Elizabeth St 78520 —986-0294
BUEXITELLO Edmundo 374 Avenida Del Sol
78521 —350-4539
F Luis 445 Carmen Av 78575 —350-8068
Jose A 3 Casanova Ct 78521 —541-8046
Meilda 4 Casanova Ct 78521 —541-8046
Noe E Adelina 34 Louise Dr 78521 —544-5473
Oscar 427 Trafwood Ave 78521 —350-2284
Oscar Luis 2425 Josephine 78521 —541-8164
Raul M 2425 Josephine 78521 —542-2602
Raul & Mardela 2001 Old Port Isabel Rd 78521 —544-3168
BUERBA Gabriela 100 Avenida Tresom 78575 —350-0717
Gabriela 100 Avenida Tresom 78575 —350-0717
BUERO Wallace Jr 848 Fm 313 78521 —831-9942
BUETTGER J W MD 37 Havana Ct 78521 —541-9268
BUFFAMONTE T O 4132 Lakeside Dr 78521 —350-1163
BUGGE Harry T Jr 805 Aledo Luna St 78520 —542-8963
Boyle Roy Ouellett 301 Mexico St 78520 —544-2569
BUITRON Daniel 706 James 78521 —838-6522
Elodia G O E Fronton 78520 —546-7395
Marla 1440 Timpenoter Av 78521 —542-8576
Marla 1441 Timpenoter Av 78521 —540-0748
Sanauunda 1767 Sam Dr 78520 —574-0345
BURTUEIRA Cecilia 213 E Charles St 78520 —541-2549
BULANOS Chris E 88 Central Park Dr 78520 —542-9294
Chris G 45 Cocosestone Cir 78521 —546-8386
Chris G Jr 45 Cocosestone Cir 78521 —546-8486
Bulk Pack Inc —544-4442
Bulk Pack Inc 7746 E 14th St 78521 —831-8345
BULLOCK Margaret 100 Tangerine Blvd 78521 —544-3896
BUMSTARE Eugene 317 McDonald 78520 —544-4106
BUMSTEAD Al 8801 Boca Chica Blvd 78521 —831-6116
BUNKERS Fay Mar 261 78520 —544-6995
BUOBANTE John B 226 E 13th St 78520 —944-2426
BURCH Gene 157 Creelbend 78521 —546-1545
BURCH Gene 157 Creelbend 78521
BURCIAGA Alma 439 E St Francis St 78520 —574-0181
BURDICK Angla 1314 Bassed St 78520 —504-3635
BUREL Beatrice 213 De Leon St 78521 —546-1194
Christina 344 Boca Chica Blvd 78520 —504-8221
BURGE Cecil Malone Creek —831-3993
Burger King 2255 Boca Chica Blvd 78521 —982-3945
Burger King 13263 2701 E Tyler St 78521 —986-2325
Burger King No 2477 925 Neale Freetime Road
78521 —542-1001
Burger King No 13145 3585 W Alton Gloor
78520 —550-9268
BURGOS Eugenio 53 Western Blvd 78521 —504-9308
BURGUETI Fernando 1728 Harmes 78521 —546-5423
Jesse & Alicia 5251 Sywlaw Ln 78521 —542-2477
Jose 32 Avenida Prosperid 78575 —350-5370
BURGUETTE Sara Nelly 2100 W San Marcelo Blvd
78521 —541-7811
BURKE Ray & Sally 1225 Central Blvd 78520 —550-8386
BURKHARDT Daniel 405 Paredes Line Rd
78521 —546-6526
BURKHART Larry 304 Pear Del Rio 78521 —542-4000
Larry & Beata Jr Tulane St 78521 —546-9527
Robert & Kristine 154 Palm Aire Dr 78521 —547-9109
BURKHOLDER John B Marilyn Jr 18 St Andrews
78521 —546-2896
John & Marilyn 811 Cardenwood Dr 78521 —542-4899
BURLETTE Larry 45 Havana 78521 —541-9268
BURNELL Allen 1 Hwy 281 78521 —541-2225
Charles 4750 La Palomas 78521 —350-4230
Burnell Marine Supply Inc 3096 Turning Basin —831-3502
BURNETT Billy & Ella 2425 Rossen Dr 78521 —544-1848
Ella 2425 Rossen Dr 78521 —774-0208
H E 3354 Cape Cana Boca 78521 —831-9712
BURNETTE C R 36 Vishele 78521 —831-8551
J 733 Verdon Av 78521 —350-5854
Burrell 1 & Sons 78521 —546-3877
Burroughs A Lucy St 78521 —544-6636
BURROUGHS Al Lucy St 78521
BUSCH Norman 100 Chapparal 78521 —544-4110
BURTNETT Paul 304 Cornerpoint Rd —831-5522
BURTON Angela 1155 Amistad —541-4123

## BURTON COMPANY
3800 International Blvd
Auto Parts —
Industrial Equipment & Supplies —
Bearings —
Hydraulic Equipment & Supplies —
Truck & Trailer Parts —
Machine Shop —
Hardware Store —
Corporate Offices-Weslaco —

BURTON Alan & James Dorothy St 78521 —831-7372
Linda 507 E Elizabeth St 78521 —546-4551
BURTON MCCUMBER & CORTEZ LLP
1750 Paredes Line Rd 78521 —542-2553
Burton Richard L CPA—
Office 1958 Harmes Line Rd 78521 —542-2553
Residence 18 Cala Chuckaback 78520 —548-1414
BUSALACCHI Antonio & William —544-7111
BUSALACCHI Rose 1 SPD 20 78575 —544-2710
BUSCH Meshaan 5370 Fm 802 78521 —838-0723
BUSCH Meshaan 5370 Fm 802 78521 —541-3648
BUSCH Terry L 3208 W Mockingbird —542-8425
BUSH Barbara J Jr 807 Wisconsin Rd —546-7133

## BUSH SUPPLY CO
1045 E Roosevelt 78521 —546-1639

672660 ©Southwestern Bell Advertising, LP 2001          ¿Necesita Ayuda? Véase El Índice De Color Morado          **Physicians** 47.

# EAR, NOSE & THROAT

## With Four Locations Valley Wide

2101 S. Cynthia, PLEX A
**McAllen, Texas 78503**
**(956) 687-7896**
Fax: (956) 687-9140

2205 Cornerstone Blvd.
**Edinburg, Texas 78539**
**(956) 682-9077**
Fax (956) 682-9848

1629 Treasure Hills Blvd., Suite B-5
**Harlingen, Texas 78550**
**(956) 428-4221**
Fax: (956) 428-1949

2795 Pharmacy Rd.
**Rio Grande City, Texas 78582**
**(956) 487-0067**
Fax: (956) 487-0447



- **Pediatric and Adult Otolaryngology**
- **Diseases and Surgery of the Head and Neck**
- **Endoscopic and Stereotactic Sinus Surgery**
- **Facial Plastic, Reconstructive and Laser Surgery**
- **Allergy Testing and Treatment**
- **Hearing Examinations and Hearing Aids**
- **Vestibular and Balance Evaluation and Rehabilitation**
- **Dermatology and Skin Cancer**

Leonard J. Tesoro, M.D., F.A.C.S.
*Board Certified*

Eugene S. Mackie, M.D., F.A.C.S.
*Board Certified*

Keith A. Picou, M.D.
*Board Certified*

Vincent F. Honrubia, M.D., F.A.C.S.
*Board Certified*

Gregory S. Rowin, D.O.
*Board Certified*

James J. Sorce, M.D.
*Board Certified*

Tan D. Nguyen, M.D.
*Board Certified*

Turner Wright, M.D., F.A.C.S.
*Board Certified*

Charles E. Butler, M.A., CCC-A
*Audiologist*

Ann Wang, M.S., CCC-A
*Audiologist*

Annalisa M. Hollingsworth, PT
*Physical Therapist*



## Valley Ear, Nose & Throat Specialists, P.A.

---

**Physicians & Surgeons-Doctors Of Medicine-M.D.**
**Médicos y Cirujanos-Doctores en Medicina-MD -(Cont'd)**



**PHYSICIANS & SURGEONS-DOCTORS OF MEDICINE-M.D.**
**MEDICAL SPECIALTY GUIDE**
with individuals / firms grouped by the field they practice, is found following
"PHYSICIANS & SURGEONS - DOCTORS OF MEDICINE - M.D."

BLAKE HUGO G MD FACC

HEART CLINIC P.A.


See Display Ad This Classification

McALLEN
500 E Ridge Rd Suite 300 ----------630-5552
HARLINGEN
2310 N Ed Carey Suite 1A ----------428-5522
WESLACO
902 S Airport Suite 5 ----------969-1222

**BLANCO RONALD E**
BOARD CERTIFIED IN OBSTETRICS & GYNECOLOGY
1300 E 6th St Weslaco ----------969-0999
★SEE DISPLAY AD Page 491
BLANTON DAVID S DS International Bmsn ----------542-4100
BILLEBROMNET FAMILY PRACTICE SCINCE
1615 S Closner Blvd Ste 4 Edinburg ----------316-1180

**BOHART WILLIAM A**
Diseases Of The Retina & Vitreous
1205 Ed Carey Dr Harlingen ----------423-2100
Valley Wide ----------800-580-2020

BOLADO RAQUE DR. 400 E. Sunshine Strip San Benito ----------361-1488
BORLON EDLARDO F 2113 E 5/11 Palm Mission ----------581-2763
**BORLAND FREDRICKA M MD FACS**
Office
GENERAL VASCULAR SURGEON
PHONES ANSWERED 24 HRS
110 E Savannah Bldg A Suite 202 McAllen ----------631-8155
BRACAMONTES FRANCISCO
1801 S 5th St McAllen ----------687-1581

**BRACK LAWRENCE F III**
**DISEASES & SURGERY OF THE EYE**
1205 Ed Carey Dr Harlingen ----------423-2100
Valley Wide ----------800-580-2020

**BRADLEY VICTOR**
110 E Savannah Av McA ----------682-4536
**BROMILEY ADELE** 2333 Central Blvd Bmsv ----------546-3126
**BROWN ESTEBAN ORTEGA**
1801 S 5th St McAllen ----------687-2693

**BROWN MARLENE CHANG**
BROWN INTERNAL MEDICINE
1515 E S 27th Dr Myrtle Mission ----------585-4704
**BROWNE CHARMAINE**
DERMATOLOGY-DISEASES OF THE SKIN
801 E Nolana Loop McA en ----------661-0500
BROWNSVILLE ANESTHESIA ASSOCIATES
1872 E Los Ebanos Blvd Brownsville ----------541-1278
**BROWNSVILLE CHILDREN'S CLINIC**
3025 Boca Chica Blvd Brownsville ----------544-5557
★SEE DISPLAY AD Page 503
BROWNSVILLE MEDICAL CENTER
1040 W Jefferson St ----------544-1400
BROWNSVILLE MEDICAL CENTER
1040 W Jefferson St Brownsville ----------544-4834
BROWNSVILLE MEDICAL CENTER
1040 W Jefferson St Brownsville ----------544-5884
BROWNSVILLE OBSTETRICS & GYNECOLOGY
ASSOCIATES 844 Central Blvd Brownsville ----------550-8733
BROWNSVILLE UROLOGICAL ASSOCIATES
864 Central Blvd Bmsv ----------546-3595

*listings are continued on next page*

Gasoline is a precious commodity.
You can save a lot of it by
shopping at Sudwin's the Southwestern Bell



# V•MAC
## Valley Medical Arts Clinic

Jaime Rivera, M.D. / John D. Wolff, M.D.
Darrel Diener, M.D. / Barbara Tucker, R.N., F.N.P.
Linda Thompson, R.N., F.N.P.

- Over 50 years of experience
- Personalized care for the entire family
- State of the art in-house lab
- Extended hours (Night Clinic Mon-Fri: 4:30-9pm)
- Mon-Fri: 8:30-11:30am; 1:30-4:30pm / Sat: 8:30-11:30am



# VALLEY PAIN AND REHAB CENTER
## SPECIALIST IN THE TREATMENT OF PAIN
### John A. Wells, M.D.

Diplomate American Academy Of Pain Management
- Anesthesiologist - Algologist (Pain Specialist)

- Post Surgical Pain
- Low Back, Neck, Extremity Pain
- Myofascial Pain Syndrome
- Herniated Disc Disease
- Cancer Related Pain
- Work Related Injuries



**BMC**
Brownsville
Medical Center

All Physicians Performing Services at Brownsville Medical Center are
Independent Practitioners and not Employees, Agents or Representatives of the Hospital

## CARING • EXPERIENCED • PROFESSIONAL
# 541-9824
MOST INSURANCES
MEDICARE/MEDICAID
ACCEPTED

**844 Central Blvd, Suite 360, Brownsville**

**Physicians & Surgeons-Doctors Of Medicine-M.D.**
**Médicos y Cirujanos-Doctores en Medicina-MD -(Cont'd)**



**PHYSICIANS & SURGEONS-DOCTORS OF MEDICINE-M.D. MEDICAL SPECIALTY GUIDE**
*with individuals / firms grouped by the field they practice; is found following*
**"PHYSICIANS & SURGEONS-DOCTORS OF MEDICINE - M.D."**

FERNANDEZ MARIO MD
                                —580-1163
   ★SEE DISPLAY AD Page 501
FERRIS JOHN A 1706 Ed Carey Harlingen—423-1505

**FERTILITY CENTER OF SAM ANTONIO**



**Fertility Center**

**OFFICE-BASED SERVICES**
for
**Infertility**

Reproductive Technology, IVF, IUI

++++

PhD-Directed Embryology Lab:
  Embryo Culture      Sperm Bank
  Semen Analysis     Hormone Testing
  Cryopreservation

**FINANCING AVAILABLE**
**WEBSITE** www.FertilitySA.com

Methodist Plaza —800-708-1869
4499 Medical Dr Ste 200—210-692-0577

FIGUERCA ANTONIO 3334 Boca Chica Blvd Brownsville—548-1778
FIRST 420 VALLEY MEDICAL PA 123 W Expwy 83—782-4308
FIRST 420 VALLEY MEDICAL PA
  420 Pancas Line Rd Brownsville—548-2225
FISHER DAVID W MD 5148 N 10St SE McAllen—644-9931

**FLORES EDUARDO D MD FACC**



**HEART CLINIC P.A.**
♥

See Display Ad This Classification

McALLEN
500 E Ridge Rd Suite 300—630-5552

HARLINGEN
2310 N Ed Carey Suite 1A—428-5522

WESLACO
902 S Airport Suite 5—969-1222

FLORES MAGDALENA MD
  BMC PROFESSIONAL TOWER #140
  844 Central Blvd Brownsville—550-8734
FLOREZ MARIO F MD 306 W Park Pharr—781-2993
FOLSOM CHARLES T A32 Ed Carey Dr Harl—425-2468
FOX CHARLES D JR 2121 Pease Harlingen—428-4063
FRANCIS ALBERTO 1901 S 5St SE McAllen—618-2900
  ★SEE DISPLAY AD Page 477
FREMAUR RICHARD 100-A Alton Gloor Blvd Brownsville—350-6792
FUENTES ALEJANDRO 1710 E 8th St Weslaco—969-2520
FULLER DARVEY M 2121 Pease Harlingen—425-8848
FULLER TERRY 2121 Pease Harlingen—440-7490

**GALLEMORE GLENN L**
DISEASES & SURGERY OF THE EYE
1205 Ed Carey Dr Harlingen—423-2180
Valley Wide—800-580-2020

GARCIA ALFREDO 1722 S Carolina Harlingen—423-2100
GARCIA ALFREDO MD FACE
  1722 S Carolina Harlingen—
  ★SEE DISPLAY AD Page 505

**GARCIA CANTU CARLOS MD FACS**
General, Vascular, Thoracic & Laparoscopic
Board Certified
4302 S Sugar Ste 210 Edinburg—383-3389
1801 S 5m Ste 120 McAllen—687-7181

*listings are continued on next page*

*listings are continued on next page*

continued from previous page

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT–**

Gallegos Elementary 2700 Avenida Rancho Viejo
78521 ----------------------------------------------- 547-4230
  Cafeteria ------------------------------------- 547-4261
  Health Center ------------------------------- 547-4258
Garden Park Elementary 855 Military Hwy
78520 ----------------------------------------------- 982-2630
  Cafeteria ------------------------------------- 982-2650
  Health Center ------------------------------- 982-2635
Garza Elementary 200 Esperanza Rd
78521 ----------------------------------------------- 982-2660
  Cafeteria ------------------------------------- 982-2675
  Health Center ------------------------------- 982-2680
Gonzalez Elementary 4350 Coffee Port Rd
78521 ----------------------------------------------- 831-6030
  Cafeteria ------------------------------------- 831-6039
  Health Center ------------------------------- 831-6038
Hudson Elementary–
2980 FM 802 78521 ----------------------------- 574-6400
  Cafeteria ------------------------------------- 574-6419
  Health Center ------------------------------- 574-6408
Longoria Elementary 2400 E Van Buren St
78521 ----------------------------------------------- 982-2700
  Cafeteria ------------------------------------- 982-2715
  Health Center ------------------------------- 982-2709
Martin Elementary 1701 Stanford Av
78520 ----------------------------------------------- 982-2730
  Cafeteria ------------------------------------- 982-2738
  Health Center ------------------------------- 982-2736
Morningside Elementary 1025 Morningside Rd
78521 ----------------------------------------------- 982-2760
  Cafeteria ------------------------------------- 982-2770
  Health Center ------------------------------- 982-2776
Palm Grove Elementary 7942 Southmost Rd
78521 ----------------------------------------------- 982-3850
  Cafeteria ------------------------------------- 982-3854
  Health Center ------------------------------- 982-3853
Perez Elementary 2514 Shaffer Dr 78521 ---- 982-2800
  Cafeteria ------------------------------------- 982-2807
  Health Center ------------------------------- 982-2811
Putegnat Elementary 730 E 8th St 78520 ---- 548-8930
  Cafeteria ------------------------------------- 548-8935
  Health Center ------------------------------- 548-8934
Resaca Elementary 901 Fionore St 78520 --- 982-2900
  Cafeteria ------------------------------------- 982-2909
  Health Center ------------------------------- 982-2907
Russell Elementary 800 Lakeside Blvd
78520 ----------------------------------------------- 548-8960
  Cafeteria ------------------------------------- 548-8967
  Health Center ------------------------------- 548-8965
Sharp Elementary 1439 Palm Blvd ------------- 982-2930
  Cafeteria ------------------------------------- 982-2941
  Health Center ------------------------------- 982-2938
Skinner Elementary 411 W St Charles
78520 ----------------------------------------------- 982-2830
  Cafeteria ------------------------------------- 982-2842
  Health Center ------------------------------- 982-2841
Southmost Elementary 5245 Southmost Rd
78521 ----------------------------------------------- 548-8870
  Cafeteria ------------------------------------- 548-8595
  Health Center ------------------------------- 548-8593
Vermilion Elementary 6895 FM 802 --------- 831-6060
  Cafeteria ------------------------------------- 831-6074
  Health Center ------------------------------- 831-6068
Victoria Heights Elementary 2801 E 13th St
78521 ----------------------------------------------- 982-2960
  Cafeteria ------------------------------------- 982-2970
  Health Center ------------------------------- 982-2969
Villa Nueva Elementary Rt 8 Box 630
78521 ----------------------------------------------- 542-3957
  Health Center ------------------------------- 542-1760
Yturria Elementary 2955 W Tandy Rd --------- 350-3200
  Cafeteria ------------------------------------- 350-3220

**HIGH SCHOOLS**

Hanna High 2615 Price 78521 ----------------- 548-7600
  Band Hall ------------------------------------- 548-7633
  Baseball Field -------------------------------- 548-7657
  Boys' Athletics ------------------------------- 548-7670
  Cafeteria ------------------------------------- 548-7638
  Counselors ------------------------------------ 548-7621
  Girls' Athletics ------------------------------- 548-7672
  Health Center ------------------------------- 548-7642
Lopez High School 3205 S Dakota Av
  ------------------------------------------------- 982-7400
  Band Hall ------------------------------------- 982-7461
  Coordinator's Office -------------------------- 982-7440
  Boys' Athletics ------------------------------- 982-7440
  Cafeteria ------------------------------------- 982-7445
  Counselors ------------------------------------ 982-7420
  Girls' Athletics ------------------------------- 982-7445
  Health Center ------------------------------- 982-7414
Pace High 314 W Los Ebanos 78520 --------- 548-7700
  Band Hall ------------------------------------- 548-7728
  Baseball Field -------------------------------- 548-7748
  Boys' Athletics ------------------------------- 548-7726
  Cafeteria ------------------------------------- 548-7739
  Counselors ------------------------------------ 548-7715
  Girls' Athletics ------------------------------- 548-7737
  Health Center ------------------------------- 548-7742
Porter High 3501 International Blvd 78521 --- 548-7800
  Band Hall ------------------------------------- 548-7838
  Baseball Field -------------------------------- 548-7867
  Boys' Athletics ------------------------------- 548-7844
  Cafeteria ------------------------------------- 548-7840
  Counselors ------------------------------------ 548-7859
  Girls' Athletics ------------------------------- 548-7837
  Health Center ------------------------------- 548-7829
Rivera High 3895 FM 802 78521 ---------------- 831-8700
  Band Hall ------------------------------------- 831-8727
  Baseball Field -------------------------------- 831-6098
  Boys' Athletics ------------------------------- 831-8730
  Cafeteria ------------------------------------- 831-8734
  Counselors ------------------------------------ 831-8715
  Girls' Athletics ------------------------------- 831-8732
  Health Center ------------------------------- 831-8721

**MIDDLE SCHOOLS–**

Besteiro Middle School 6280 Southmost Rd
78521 -----------------------------------------------
  Band Hall ------------------------------------- 544-3900
  Band Hall ------------------------------------- 544-3920

continued from previous column

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT–**

  Boy's Athletics ------------------------------- 544-3918
  Girl's Athletics ------------------------------- 544-3919
  Cafeteria ------------------------------------- 544-3935
  Counselor ------------------------------------ 544-3924
  Health Center ------------------------------- 544-3922
Central Middle School 708 Palm Blvd
78520 -----------------------------------------------
  Band Hall ------------------------------------- 548-8618
  Boy's Athletics ------------------------------- 548-8634
  Cafeteria ------------------------------------- 548-8626
  Counselors ------------------------------------ 548-8610
  Girls' Athletics ------------------------------- 548-8615
  Health Center ------------------------------- 548-8617
Cummings Middle School 1800 Cummings Rd
78521 -----------------------------------------------
  Band Hall ------------------------------------- 548-8630
  Boy's Athletics ------------------------------- 548-8667
  Cafeteria ------------------------------------- 548-8650
  Counselors ------------------------------------ 548-8646
  Girls' Athletics ------------------------------- 548-8641
  Health Center ------------------------------- 548-8640
Faulk Middle School 2000 Roosevelt
78521 -----------------------------------------------
  Band Hall ------------------------------------- 548-8500
  Boys' Athletics ------------------------------- 548-8517
  Cafeteria ------------------------------------- 548-8514
  Counselors ------------------------------------ 548-8538
  Girls' Athletics ------------------------------- 548-8532
  Health Center ------------------------------- 548-8515
Lincoln Middle School 300 N Vermillion Rd
78521 ----------------------------------------------- 831-4550
  Band Hall ------------------------------------- 838-4041
  Boys' Athletics ------------------------------- 838-4038
  Cafeteria ------------------------------------- 838-4811
  Counselors ------------------------------------ 838-4035
  Girls' Athletics ------------------------------- 838-4839
  Health Center ------------------------------- 838-4029
Oliveira Middle School 444 Land O'Lakes --- 548-8530
  Band Hall ------------------------------------- 548-8549
  Boy's Athletics ------------------------------- 548-8541
  Cafeteria ------------------------------------- 548-8536
  Counselors ------------------------------------ 548-8550
  Girls' Athletics ------------------------------- 548-8547
  Health Center ------------------------------- 548-8543
Perkins Middle School 4750 Austin Rd
78521 ----------------------------------------------- 831-8770
  Band Hall ------------------------------------- 831-8776
  Boys' Athletics ------------------------------- 831-8799
  Cafeteria ------------------------------------- 831-8787
  Counselors ------------------------------------ 831-8781
  Girls' Athletics ------------------------------- 831-8798
  Health Center ------------------------------- 831-8793
Stell Middle School 1105 Los Ebanos Blvd
78520 ----------------------------------------------- 548-8560
  Band Hall ------------------------------------- 548-8577
  Boys' Athletics ------------------------------- 548-8575
  Cafeteria ------------------------------------- 548-8584
  Counselors ------------------------------------ 548-8570
  Girls' Athletics ------------------------------- 548-8576
  Health Center ------------------------------- 548-8581
Vela Middle School 4905 Paredes Line Rd
78521 ----------------------------------------------- 548-7770
  Band Hall ------------------------------------- 548-7793
  Boys' Athletics ------------------------------- 548-7795
  Cafeteria ------------------------------------- 548-7798
  Counselors ------------------------------------ 548-7784
  Girls' Athletics ------------------------------- 548-7796
  Health Center ------------------------------- 548-7784
504 Office 1900 Price Rd 78521 --------------- 982-1723
Admission/Attendance 2477 Price Rd
  ------------------------------------------------- 544-3966

**OTHER CAMPUSES–**

Regional Schools For The Deaf–
  Hanna High 2615 Price ---------------------- 548-7655
  Oliveira Middle School 444 Land O'Lakes - 548-8552
  Adult Education 1425 Price 78521 --------- 548-8175
  Advanced Academic Services 2039 Price Rd Ste C
  ------------------------------------------------- 548-8000
Assessment/Research/Evaluation
1860 Price Rd 78521 --------------------------- 548-8113
Athletics- Stadium 1 Blvd Of Champions
  ------------------------------------------------- 548-8261
Attendance Office 1102 E Madison -------------- 548-8371
Bilingual Education 1900 Price 78521 --------- 548-8271
Budget 1900 Price 78521 --------------------- 548-8319
Career & Technology 1900 Price 78521 ------ 548-8221
Computer Services 1900 Price 78521 -------- 548-8341
Curriculum 1900 Price 78521 ------------------ 548-8121
Dyslexia 2467 Price Rd 78521 ----------------- 548-8130
  Or Call ----------------------------------------- 548-8679
Facilities 1912 Price Rd 78521 ---------------- 548-8073
Federal Programs 1900 Price 78521 ---------- 548-8251
Finance 1900 Price 78521 -------------------- 548-8311
Food Services 1888 Price 78521 -------------- 548-8450
Guidance & Counseling 1900 Price 78521 --- 548-8251
Health Services 1124 E Madison 78521 ------ 548-8191
Homeless Youth Project 1701 Stanford Ave -- 544-6612
Instructional TV Studio 3500 International Blvd
78521 ----------------------------------------------- 548-8288
Instructional Technology 2477 Price Rd
  ------------------------------------------------- 548-8241
Insurance & Safety 1900 Price 78521 ------- 548-8061
Internal Auditing 1900 Price Rd 78521 ------- 548-8381
Library/Media Services 114 Westdown Park Drive
  ------------------------------------------------- 548-8148
Mail Room 1900 Price 78521 ------------------ 548-8685
Maintenance 1912 Price Rd 78521 ----------- 548-8081
Migrant Education 1809 Glover St 78521 ---- 548-7919
Music/Fine Arts 703 Enote Drive 78521 ----- 982-3730
PEIMS 1900 Price -------------------------------- 548-8284
Parental Involvement 1050 E Madison St
78521 ----------------------------------------------- 548-8173
Payroll 1900 Price 78521 ---------------------- 548-8391
Personnel (Certified) 1900 Price 78521 ------ 548-8031
Personnel (Classified) 1900 Price Rd
  ------------------------------------------------- 548-8051
Professional Development 2477 Price Rd
  ------------------------------------------------- 548-8051
Public Information 1900 Price 78521 ---------- 548-8060
Purchasing 1900 Price 78521 ----------------- 548-8361

continued from previous column

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT–**

  Records Department 2039 Price Rd Ste C -- 544-3972
  Security 2477 Price Rd 78521 ---------------- 548-8278
  Security Hotline 2477 Price Rd 78521 ------- 504-2473
  Special Programs 1900 Price Rd 78521 ----- 544-1446

**SPECIAL SERVICES–**

  2467 Price 78521 ---------------------------- 548-8400
  Regional School For The Deaf–Office ------- 548-8421
  State Compensatory/UIL 2467 Price Rd
  ------------------------------------------------- 548-8242
  Student Accounting 1900 Price Rd 78521 --- 544-3964
  Superintendent 1900 Price 78521 ------------ 548-8013
  Tax Office 1900 Price Rd 78521 ------------- 548-7949
  Transportation Dana Rd 78521 -------------- 548-8085
  Dispatch Dana Rd 78521 --------------------- 982-3702
  Warehouse/Textbooks/Fixed Assets
  1922 Price Rd 78521 ----------------------- 548-8375
  1900 Price 78521 ------------------------------ 548-8863
Brownsville Information Center 650 FM 802
  ------------------------------------------------- 541-8455
Brownsville Institutes For Hand And Orthopedic Surgery
800 W Jefferson St ----------------------------- 504-6996
Brownsville Irrigation & Drainage District–
6925 Colleeport Rd 78521 -------------------- 831-8462
  River Pump Southmost Rd 78521 ------------- 542-2769
Brownsville Jaycees 1175 W Price Rd 78520 - 542-1446
Brownsville Kiddie Health Center 95 E Price Rd
  ------------------------------------------------- 504-6080
Brownsville Kidney Center 2945 Central Blvd
  ------------------------------------------------- 542-8094
Brownsville Litho 2065 E 12th St 78521 ----- 541-1126
Brownsville Machine Shop Inc–
  FM 511 --------------------------------------- 831-3052
  FM 511 --------------------------------------- 831-3041
Brownsville & Matamoros Bridge Co 1300 Mexico St
  ------------------------------------------------- 542-8558
Brownsville MBDC 1505 Boca Chica Blvd
  ------------------------------------------------- 546-3400
Brownsville Medical Associates 95 E Price Rd
  ------------------------------------------------- 546-3116
Brownsville Medical Billing 302 Kings Hwy
  ------------------------------------------------- 986-0114

# BROWNSVILLE MEDICAL CENTER–

1040 W Jefferson St ------------------- **544-5211**
  Admitting ------------------------------------- 544-1406
  Auxilary Gift Shop ---------------------------- 544-1444
  Cardiac Catheterization Lab ------------------ 544-1464
  Cardiology- EEG ------------------------------ 544-1488
  Case Management ----------------------------- 544-1473
  Center For Diabetes Management ------------ 544-1512
  Data Processing ------------------------------ 544-1479
  Dietitian ------------------------------------- 544-1507
  Emergency Room Registration ---------------- 544-1586
  Engineering ---------------------------------- 544-1531
  Environmental Services ---------------------- 544-1522
  Food & Nutrition Services ------------------- 544-1508
  Hyperbarics ---------------------------------- 544-1546
  International Services ------------------------ 544-1513
  Laboratory ------------------------------------ 544-1467
  Mammography/Scheduling -------------------- 544-1412
  Managed Care -------------------------------- 544-1423
  Marketing And Public Relations -------------- 544-1513
  Medical Records ------------------------------ 541-0787
  Nuclear Medicine ----------------------------- 544-1499
  Obstetrical Services -------------------------- 544-1549
  Outpatient Rehabilitation -------------------- 541-0700
  Outpatient Services -------------------------- 544-1474
  Patient Accounts ----------------------------- 544-1401
  Pediatrics ------------------------------------ 544-1434
  Personnel ------------------------------------ 544-1428
  Physical Therapy ----------------------------- 544-1500
  Physician Referral Line 1040 W Jefferson St
78520 ----------------------------------------------- 542-5433
  Premiere Plus Wellness Center ------------- 544-2833
  Prenatal Class Information ------------------ 544-1549
  Radiology ------------------------------------ 544-1478
  Respiratory Care ----------------------------- 544-1503
  Short Stay ------------------------------------ 544-1527
  2-Tower -------------------------------------- 544-1452
  1-Tower -------------------------------------- 544-1552

Brownsville Missionary Baptist Church
4425 Boca Chica 78521 ------------------------ 546-8016
Brownsville Motor Carriers 5216 N Expressway
  ------------------------------------------------- 350-4574

# BROWNSVILLE MOTOR CO INC

3254 Boca Chica 78521 ------------- **546-7141**
Brownsville Museum of Fine Art 230 Mexae Dr - 542-0941

# BROWNSVILLE NAVIGATION DISTRICT

1000 Foust 86 78521 ----------------- **831-4592**
  General Manager Fax --------------------- 831-5006

Brownsville Obstetrics & Gynecology Associates
844 Central Blvd 78520 ---------------------- 550-8733
Brownsville Open MRI 908 Paredes Line Rd
  ------------------------------------------------- 541-4488
Brownsville Pawn Shop 1030 E Madison
78520 ----------------------------------------------- 546-7742
Brownsville Pediatric & Adolescent Care
1120 W Jefferson 78521 ---------------------- 548-1100

# BROWNSVILLE PEDIATRICS ASSOCIATION 2225 Central Blvd

  ----------------------------------- **546-3126**
78521 -------------------------------------------
  Telephone Answered 24 Hrs A Day ------- 546-3126

# BROWNSVILLE PHYSICAL THERAPY & SPORTS MEDICINE

1714 Boca Chica Blvd 78520 ---------- **544-2401**

Brownsville Podiatry & Wound Care Group
800 W Jefferson St -------------------------- 504-6996
Brownsville Postal Boxes Private 3724-C Boca Chica
78521 ----------------------------------------------- 544-5305
Brownsville Postal Center Inc 943 N Expressway
78526 ----------------------------------------------- 546-3600
Brownsville Precision Tune 2916 Boca Chica Blvd
78521 ----------------------------------------------- 541-3444
Brownsville Products 3226 E 14th St 78521 -- 982-0910

# BROWNSVILLE PUBLIC UTILITIES BOARD–

1425 Robinhood Drive
Toll Free–Dial 1 & Then ---------------- 800 869-2922
CUSTOMER SERVICE–
  Payment Arrangements --------------------- 983-6141
  Or -------------------------------------------- 983-6132
  TELECOMMUNICATIONS FOR HEARING IMPAIRED–
    TDD -------------------------------------- 983-6303
    Or ---------------------------------------- 983-6107
  Order New-Transfer-Change Existing Service
  ------------------------------------- **983-6121**
  General Information ------------------ **983-6100**
  Emergencies & To Report Outages **983-6300**

Brownsville Pulmonary Center–Jairo Rodriguez
344 Central Blvd 78520 ------------------------ 542-9900

# BROWNSVILLE REAL ESTATE MANAGEMENT COMPANY INC

844 Ridgewood 78520 ---------------- **546-8481**

Brownsville Rental Center 3415 Boca Chica
  ------------------------------------------------- 546-9042
Brownsville Rio Grande International Railroad
448 78521 ------------------------------------- 831-7731
Brownsville Sanitary Service 400 Clipton Donald Foust
78521 ----------------------------------------------- 542-8245
Brownsville Scrap Paper Inc–
  Warehouse 5850 N FM 511 78521 --------- 838-1999
  Office 144 Tuceta 78521 -------------------- 548-1588

# BROWNSVILLE SHEET METAL WORKS INC

1954 S Price Rd 78521 ---------------- **546-4517**

Brownsville-South Padre Island Board Of Realtors–
  Office 1175 W Price Rd 78520 -------------- 546-8920
  Fax Line 1175 W Price Rd 78520 ----------- 546-5227
Brownsville/South Padre Island International Airport
700 S Minnesota Av 78521 ------------------- 542-4373

# BROWNSVILLE SPORTS CENTER

345 Paredes Line 78521 -------------- **546-3055**

Brownsville Surgical Hospital 4750 N Expressway
  -------------------------------------------------

¿Necesita Ayuda? Véase El Índice De Color Morado

**Physicians** 497

Physicians & Surgeons-
Doctors Of Medicine-M.D.
Médicos y Cirujanos-Doctores en
Medicina-MD -(Cont'd)

**PHYSICIANS & SURGEONS-
DOCTORS OF MEDICINE-M.D.
MEDICAL SPECIALTY GUIDE**
with individuals / firms grouped by
the field they practice,
is found following
"PHYSICIANS & SURGEONS -
DOCTORS OF MEDICINE - M.D."

BROWNSVILLE MEDICAL CENTER
1040 W Jefferson St ------------------------ 544-1400
BROWNSVILLE MEDICAL CENTER
1040 W Jefferson St Brownsville ------------- 544-4834
BROWNSVILLE MEDICAL CENTER
1040 W Jefferson St Brownsville ------------- 544-5884
BROWNSVILLE OF OBSTETRICS & GYNECOLOGY
ASSOCIATES 844 Central Blvd Brownsville ----- 550-8733
BROWNSVILLE PULMONARY CENTER-JAIRO
RODRIGUEZ 844 Central Blvd Brownsville ------ 542-9900
★ SEE DISPLAY AD Page 512
BROWNSVILLE UROLOGICAL ASSOCIATES
844 Central Blvd Brnsv ---------------------- 546-3595

BROWNSVILLE UROLOGICAL ASSN

**PRACTICE LIMITED TO
UROLOGY**

CENTRAL DIAGNOSTIC CLINIC

844 Central Blvd Brownsville ----------- 546-3595

**BUENA VISTA DISCOUNT**
**OPTICAL** 520 S 10th St McAllen ------- 631-1951
BLENFIELD PEDIATRIC CLINIC 1220 E 6th Weslaco - 968-9571
BUJANDA BENJAMIN 1801 S 5th St McAllen ------ 682-8343
OLIVO CEDRICED A ASSOCIATES 1402 E 8th St Weslaco - 968-6546
OLIVO CEDRICED B 222 E Ridge Rd McAllen ----- 630-3155
CAMACHO HOMERO 848 Ridgewood Brownsville ---- 548-1178

CAMPBELL CHARLES H MD
1801 S 5th Suite 126
McAllen ----------------------------------- 682-2463
Valleywide ----------------------- 800 300-5338

CAMPOS JUAN M 804 S Main St McAllen -------- 686-1516
CANALES ERASTO MD PA 334 Lindberg McAllen --- 686-2020

CANALES ERASTO & RICARDO

**Erasto Canales, M.D., P.A.**
**Ricardo Canales, M.D., P.A.**

Both Doctors Board Certified in Family Practice

• Pregnancy Care      • Cesarean &
• Pediatrics            Normal Deliveries
• In-house Laboratory • Circumcision
• Tubal Ligation      • Vasectomy

Medicaid and Most Insurance Accepted
Se Habla Español

**686-2020**
334 Lindberg, McAllen TX 78501

CANO ABRAHAM
FAMILY PRACTICE & INDUSTRIAL MEDICINE
2401 N Ed Carey Dr Harlingen --------------- 425-9181

**CANTU UVALDO JR MD**
1200 Haine Dr Harlingen --------------------- 425-4901

**CARDENAS CARLOS J MD**
300 Lindberg McAllen Tx---- McAllen Tel No 682-4800
CARDIOVASCULAR ASSOC 2121 Pease Harlingen -- 364-2071
CARDIOVASCULAR ASSOCIATES OF BROWNSVILLE
100 E Levee Blvd Brownsville ---------------- 350-5544
CARDIOVASCULAR ASSOCIATES OF
HARLINGEN 2121 Pease Harlingen ------------- 425-5144
CARDIOVASCULAR CONSULTANTS OF MCALLEN PA
1300 S 5th St McAllen ----------------------- 687-7863

CARRERA BENITO MD
OBSTETRICS & GYNECOLOGY
**544-2001**
1076 Los Ebanos, Brownsville
95 E Price, Brownsville
3855 Southmost, Brownsville

Listings are continued on next page

# Bone Specialists




Ruben D. Pechero
Board Certified in Orthopedics
The American Board of
Orthopedic Surgery


Guillermo R. Pechero
Board Certified in Orthopedics
The American Board of
Orthopedic Surgery


Khaim Panday
Board Certified in Orthopedics
Royal College of Physicians
& Surgeons of

## Comprehensive Orthopedic Services

- **Work Related Injuries**
- **Back Surgery**
- **Hand Surgery**
- **Joint Replacement Surgery**

- **Sports Medicine**
- **Physical Therapy**
- **Occupational Therapy**
- **Work Hardening Program CARF Certified**

**(956) 686-6510**
McAllen


**1005 E. Nolana Loop
McAllen, Texas**


**RGVO**
RIO GRANDE VALLEY
ORTHOPEDIC CENTER

Transportation
Available

Second Opinions

**(956) 542-6770**
Brownsville


**2350 Central Blvd.
Brownsville, Texas**

**Physicians**  ¿Necesita Ayuda? Véase El Índice De Color Morado  072660 ©Southwestern Bell Advertising, L.P. 2002

# Physicians & Surgeons-Doctors Of Medicine-M.D.
## Medical Specialty Guide



The listings in this Guide do not necessarily represent a complete list of all Physicians & Surgeons practicing in the fields shown. Also, appearance in this Guide does not mean that SWB Yellow Pages certifies these Physicians & Surgeons as board certified specialists in their area of practice.

---

### OBSTETRICS (CHILD BEARING)

**ENAVIDES HENRY**
121 Pease Harlingen ————— 428-6601
**LANCO RONALD E**
Board Certified In Obstetrics &
Gynecology
1330 E 6th St Weslaco ————— 969-0999
**NALES ERASTO MD PA**
34 Lindberg McAllen ————— 686-2020
**NALES RICARDO MD PA**
34 Lindberg McAllen ————— 686-2020
**TRON MIGUEL A MD**
717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide
**HEN JOSE**
717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide
Toll Free-Dial "1" & Then — 800 423-1101
**NIELSON MAIA MD**
717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide
Toll Free-Dial "1" & Then — 800 423-1101

**IRAN ALBERTO D**
521-A E Griffin Pkwy Mission ——— 581-2168
11 E Expressway 83 Mission ——— 585-2404
211 N Raul Longoria San Juan——— 782-7878
**HNANDEZ JOSE R MD FACOG**
20 W Sam Houston Av ————— 782-4002
**ANCIS ALBERTO**
See Display-Main Heading Physicians &
Surgeons-Doctors of Medicine-M.D.
1801 S 5th St McAllen ————— 618-2888
**RCIA SAMUEL JR**
38 Lindberg McAllen ————— 686-6050

**HENSTEIN JACOBO**
BOARD CERTIFIED IN OB-GYN
MCALLEN DOCTORS CENTER
**687-3232**
No Answer Dial McAllen ————— 682-0133
1801 S 5th St McAllen
Suite 209

**CANO RODOLFO M**
See Display-Alberto Francis MD at
Physicians & Surgeons-Doctors Of
Medicine-MD
1801 S 5th St McAllen ————— 618-2888
**CANO RODOLFO M**
See Display-Alberto Francis MD At
Physicians & Surgeons-Doctors of
Medicine MD
1801 S 5th St McAllen ————— 618-2888

**EDINA BERTHA L MD**
PA
21 Savannah Av
McAllen ————— McAllen Tel No 630-5585
**DINA JAVIERDGH MD FAAFP**
8 E Griffin Pkwy Mission ————— 581-5100

listings are continued

---

### OBSTETRICS (CHILD BEARING) -(Cont'd)

**MIRANDA JORGE E**
Womens Health Group Board
Certified In Obstetrics,
Gynecology & Infertility
2521-A E Griffin Pkwy Mission ——— 581-2168
1211 N Raul Longoria San Juan——— 782-7878
411 E Expressway 83 Mission ——— 585-2404
**MONTANEZ GUILLERMO L**
See Display Alberto Francis Under
Physicians & Surgeons-Doctors Of
Medicine-M.D.
1801 S 5th St McAllen ————— 618-2888
**ROBLES EDUARDO E MD**
1717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide ————— 423-1101
**SALINAS MARIANO MD**
1720 Pecan Ave McAllen ————— 686-0027
**SANCHEZ VICENTE**
See Display Alberto Francis MD
Under Physicians & Surgeons
Doctors Of Medicine-MD
1801 S 5th St McAllen ————— 618-2888
**VALLEY WOMEN'S CLINIC PA**
1717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide
Toll Free-Dial "1" & Then — 800 423-1101

---

### OBSTETRICS & GYNECOLOGY (WOMEN'S HEALTH CARE)



**Rose GOWEN & Associates**
MD PA Diplomat
Obstetrics & Gynecology
Women Caring for Women

800 W. Jefferson, Suite 210 Brownsville
TX 78520 (956) 504-6880

Monday-Tuesday 8:30a.m.-5:00p.m. • Wednesday-Thursday
8:30a.m.-6:00p.m. • Friday 8:30a.m.-5:00p.m.

Rose Marie Z. Gowen M.D., P.A. Diplomat
Gretchen M. Velasco, M.D.

**ATTLANO LORRAINE C**
1801 S 5th McAllen ————— 687-2693
**BENAVIDES HENRY**
2121 Pease Harlingen ————— 428-6601
**BIDDLE JAMES L**
222 E Ridge Rd McAllen ————— 686-6588
**BLANCO RONALD E**
Board Certified In Obstetrics &
Gynecology
1330 E 6th St Weslaco ————— 969-0999
listings are continued

---

### OBSTETRICS & GYNECOLOGY (WOMEN'S HEALTH CARE) -(Cont'd)

**BROWNSVILLE CLINIC FOR WOMEN**
3120 International Blvd ————— 922-2200
CAMACHO HOMERO
848 Ridgewood Brownsville ——— 548-1178
**CANTU UVALDO JR MD**
2230 Haine Dr Harlingen ————— 425-4901
**CARRERA BENITO MD**
### OBSTETRICS & GYNECOLOGY
**544-2001**
1076 Los Ebanos, Brownsville
95 E Price, Brownsville
3855 Southmost, Brownsville
**CEPEDA ALBERTO**
1502 E 5th St Weslaco Tx ——— 968-4531
**CINTRON MIGUEL A MD**
1717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide
Toll Free-Dial "1" & Then — 800 423-1101
**CLINICA SANTA MARIA**
95 E. Price Rd
1076 Los Ebanos Blvd
3855 Southmost Rd
Brownsville ————— 544-2001
**COHEN JOSE**
1717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide
Toll Free-Dial "1" & Then — 800 423-1101
**CORONADO CESAR**
222 E Ridge Rd McAllen ————— 686-6588
**DANIELSON MAIA MD**
1717 Ed Carey Harlingen ————— 423-4030
Port Isabel ————— 943-4333
Raymondville ————— 689-4466
Valley Wide
Toll Free-Dial "1" & Then — 800 423-1101
Davis Kevin B MD
301 Lindberg McAllen ————— 688-6700
**DAVIS-SIMON OBGYN ASSOCIATES**
PA 301 Lindberg McAllen ————— 688-6700
**DEL CASTILLO F J MD FACOG**
100-B Alton Gloor Blvd ————— 350-0007
**DIAZ-GONZALEZ ROBERTO MD**
FACOG
BMC Professional Tower #140
844 Central Blvd Brownsville ——— 550-8733
**DURAN ALBERTO D**
2521-A E Griffin Pkwy Mission ——— 581-2168
411 E Expressway 83 Mission ——— 585-2404
1211 N Raul Longoria San Juan——— 782-7878
**FERNANDEZ JOSE R MD FACOG**
420 W Sam Houston Av ————— 782-4002
**FLORES MAGDALENA MD**
BMC Professional Tower #140
844 Central Blvd Brownsville ——— 550-8733
**FRANCIS ALBERTO**
See Display-Main Heading Physicians
& Surgeons-Doctors Of Medicine-M.D.
1801 S 5th St McAllen ————— 618-2888
listings are continued

---

### OBSTETRICS & GYNECOLOGY (WOMEN'S HEALTH CARE) -(Cont'd)

**GARCIA JUAN M MD**
1901 Ed Carey Harlingen ————— 421-2757
**GONZALEZ-DICKSON JUAN J**
909 S James Weslaco ————— 968-0802
Gowen Rose & Associates
800 W Jefferson St Brownsville
★SEE DISPLAY AD This Page

**HOHENSTEIN JACOBO**
BOARD CERTIFIED IN OB-GYN
MCALLEN DOCTORS CENTER
**687-3232**
If No Answer Dial McAllen ———682-0133
1801 S 5th St McAllen
Suite 209

**HUGHSTON MITCHELL B**
1713 Treasure Hills Blvd
Harlingen ————— 425-8545
**HUNTER SUSAN D MD**
2306 Camelot Plaza Cir Harlingen
Harlingen ————— 423-9977
**KIANI GHOLAM A MD**
501 Savannah Av McAllen ————— 630-2400
**LOUBRIEL-VELEZ CARLOS MD**
FACOG
BMC Professional Tower #140
844 Central Blvd Brownsville ——— 550-8733
**LOZANO RODOLFO M**
See Display-Alberto Francis MD At
Physicians & Surgeons-Doctors Of
Medicine-MD-Medical Specialty Guide
1801 S 5th St McAllen ————— 618-2888
**LOZANO RODOLFO M**
See Display-Alberto Francis MD At
Physicians & Surgeons-Doctors Of
Medicine MD
1801 S 5th St McAllen ————— 618-2888
**MANCILLAS JUAN J MD FACOG**
844 Central Blvd Brownsville ——— 548-0369
**MARTINEZ AGUSTIN**
See Display Ad At
Physicians & Surgeons M.D.
910 S Closner Blvd Edinburg ——— 380-3441
3001 N 23rd St-Ste 1 McAllen ——— 661-0044

**MARTINEZ DOGOBERTO FACOG FACS**
Board Certified in
OBSTETRICS & GYNECOLOGY
**544-2001**
1076 Los Ebanos, Brownsville
95 E Price, Brownsville
3855 Southmost, Brownsville

**MARTINEZ MARTHA FACOG**
OBSTETRICS & GYNECOLOGY
**544-2001**
1076 Los Ebanos, Brownsville
95 E Price, Brownsville

**MARTINEZ RUBEN D MD**
2306 Camelot Plaza Cir Harlingen
Harlingen ————— 423-9977

listings are continued on next page

¡Necesita Ayuda? Véase El Índice De Color Morado

**Physicians  511**

---

Physicians & Surgeons-
Doctors Of Medicine-M.D.
Médicos y Cirujanos-Doctores en
Medicina-MD-(Cont'd)

**PHYSICIANS & SURGEONS-
DOCTORS OF MEDICINE-M.D.
MEDICAL SPECIALTY GUIDE**
with individuals / firms grouped by
the field they practice,
is found following
"PHYSICIANS & SURGEONS -
DOCTORS OF MEDICINE - M.D."

**FAMILY MEDICAL CENTER - ALAMO**
MARCO A. GUTIERREZ, M.D., P.A.
RENE VELA, M.D., P.A.
HOURS. MON-FRI 8-5 SAT. 9-12
NIGHT CLINIC 6pm-9pm
LAB AND X-RAYS
410 S ALAMO ALAMO, TX. ─────── 782-9111
1044 W ACACIA ALAMO, TX. ─────── 787-8277

FAMILY PHYSICIANS CLINIC 606 S Broadway McA ─── 682-4515

**FAMILY PRACTICE**
**AGUILAR, HOMERO O.**
321 S 13th St Harlingen
**423-0165**
After Hours Call Hari ───────── 423-0165

**FAMILY PRACTICE CENTER**
501 N Ware Rd McAllen ────────── 668-0044
★SEE DISPLAY AD Page 490
**FAMILY PRACTICE CENTER**
501 N Ware Rd McAllen
To Freephone 24 hr Then ─────── 877 326-7246
★SEE DISPLAY AD Page 494
**FANO BENJAMIN**
SEE AD FOR FAMILY PRACTICE CENTER
501 N Ware Rd McAllen ────────── 668-0044
**FEIGL ALEXANDER**
110 E Savannan Av McAllen ──────── 686-8357
**FELICI PEDIATRIC CLINIC**
6900 N 10th St Suite 1 McAllen ────── 686-2229
For Emergencies & After Hours Call ──── 630-9214
FINNEGAN F H 125 Ed Carey Harlingen ──── 423-0020
**FERNANDEZ JOSE R MD FACOG**
420 W Sam Houston Av ──────────── 782-4002
**FERNANDEZ MARIO MD**
F 910 S Bryan Rd Mission ──────── 580-1163
★SEE DISPLAY AD Page 519
FERRIS JOHN A 1758 Ed Carey Harlingen ── 423-1505
FIGUEROA ANTONIO 2334 Boca Chica Blvd Brownsville── 548-1232
**FIRST RESPONDERS EMERGENCY PHYSICIANS PA**
1040 W Jefferson St Brownsville ────── 554-0021
**FIRST RESPONDERS EMERGENCY PHYSICIANS PA**
1040 W Jefferson St Brownsville ────── 554-0026
FIRST RIO VALLEY MEDICAL PA 1210 W Expwy 83── 782-4300
FIRST RIO VALLEY MEDICAL PA
420 Paredes Line Rd Brownsville ────── 548-2225
FISHER DAVID M MD 306 S Bryan Rd ──── 583-4442

**FLORES EDUARDO D MD FACC**
★SEE DISPLAY AD This Classification



**HEART CLINIC P.A.**

See Display Ad This Classification

McALLEN
500 E Ridge Rd Suite 300 ──────── 630-5552
HARLINGEN
2310 N Ed Carey Suite 1A ──────── 428-5522
WESLACO
902 S Airport Suite 5 ──────────── 969-1222

**FLORES MAGDALENA MD**
BMC PROFESSIONAL TOWER #146
────── 844-8722 BvD Brownsville ─────── 550-8733
FLOREZ MARCO T MD 306 W Park Pharr ──── 781-2953
FOCUS MEDICAL CENTER 1120 Galveston Av McAllen── 686-5512
FOLSOM CHARLES T 632 Ed Carey Dr Hari ──── 421-2665
**FRANCIS ALBERTO** 1801 S 5th St McAllen ── 618-2888
★SEE DISPLAY AD Page 489

listings are continued on next page

---



**"Complete Health Care for the Entire Family"**
Board Certified In Family Practice
Two Locations

# IGLESIAS
## MEDICAL CLINIC
### & Associates

• Physical & Immunizations
• Pediatrics
Complete Family Medical Care
• Full Lab/X-Ray/EKG
• Pap Smears
• Birth Control
• Chip • Medicaid
• Most Ins Accepted

Norma Iglesias, MD
Letreise Winkfield, MD
Theresa Valladares, MD
Patricia Garcia, P.A.

*High Point Medical Plaza*
4705 S. Sugar Rd., Ste. B
Edinburg, Tx 78539
**386-0000**

*San Juan Day & Night Clinic*
1211 N. Raul Longoria, Suite C
San Juan, Tx 78589
**702-0444**

San Juan Night Clinic Hours: Mon. - Fri. 6 - 11pm  Sat 9:00 am - 2 pm

---

# BROWNSVILLE INSTITUTE FOR HAND AND ORTHOPEDIC SURGERY

FELLOWSHIP
TRAINED

## JOSÉ BÓSSOLO, M.D.
### Specializing In Hand & Upper Extremity Surgery

★ GENERAL ADULT & PEDIATRIC ORTHOPEDIC SURGERY
★ SPORTS MEDICINE
★ ARTHROSCOPY
★ ENDOSCOPIC CARPAL TUNNEL SURGERY
★ JOINT REPLACEMENT SURGERY

★ FRACTURE CARE
★ INDUSTRIAL MEDICINE
   (JOB RELATED INJURIES)
★ MEDICARE, MEDICAID
   & MOST INSURANCES ACCEPTED

# 504-6996

SE HABLA
ESPAÑOL

MON-FRI
8-5

864 Central Blvd, Suite 2900
Brownsville, TX