IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANDY LUNA & CRISTINA LUNA et al. § | |
| § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-188 |
| § | |
| § | |
| MAGDALENA FLORES, M.D. § | |
| & BROWNSVILLE OBSTETRICS & § | |
| GYNECOLOGY, P.L.L.C. § | |

PLAINTIFF'S SUPPLEMENTAL INDEX OF MATTERS BEING FILED

Plaintiffs ANDY LUNA et al. submit this SUPPLEMENTAL INDEX OF MATTERS BEING FILED, pursuant to Local Rule 3(k) of the United States District Court for the Southern District of Texas, Brownsville Division. Pursuant to Local Rule, the following items are being filed along with PLAINTIFF's RESPONSE TO MOTION FOR SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF MAGDALENA FLORES, M.D.:

4.  Brownsville Medical Center Delivery Note, Brownsville Obstetrics & Gynecology, P.L.L.C., June 11, 2000; and

5.  Business card of Brownsville Obstetrics & Gynecology, P.L.L.C.

Respectfully Submitted,

THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone (956) 546-5567
Facsimile (956) 541-2205
ATTORNEY FOR PLAINTIFFS

By: _____
PETER M. ZAVALETTA
State Bar No. 22251600

CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 6th day of November 2002 the above and foregoing document has been mailed, certified mail, return receipt requested to:

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. No. 201
Brownsville, Texas 78520

Ricardo M. Adobatti
134 E. Price Rd.
Brownsville, Texas 78521

_____
PETER M. ZAVALETTA

# EXHIBIT 4

60°0855 0532...
LUNA CR ST A
FLORES MAGDALENA
BROWNSVILLE MEDICAL CENTER
DELIVERY NOTE
BROWNSVILLE MED
000050475 06/...

BROWNSVILLE OBSTRETRICS & GYNECOLOGY P.L.L.C.

DATE: 6/11/00 TIME: 1:20am

VAGINAL DELIVERY:

CONDITIONS: STERILE AND CONTROLLED YES ✓ NO____

PRESENTATION: VERTEX YES ✓ NO____

SEX: FEMALE ______ MALE ✓

APGAR: ____ / ____

PLACENTA: SPONTANEOUSLY AND COMPLETE: YES ____ NO __

MEDIAN EPISIOTOMY: YES ✓ NO____

SUTURE: [illegible] 2-0

BLOOD LOSS LESS THAN 300CC YES ✓ NO____

LACERATIONS: YES ____ NO ✓

GRADE________

Shoulder dystocia: McRoberts and suprapubic [illegible] [illegible] of (R) shoulder [illegible] (R) [illegible]

OTHERS: Moderate meconium

Roberto Diaz, M.D. Jose Mieses, M.D.
Carlos Loubriel, M.D. Magdalena Flores, M.D.

21

# EXHIBIT 5

*Brownsville Obstetrics & Gynecology Associates, P.L.L.C.*

Roberto Diaz, M.D., FACOG
Jose Nieves, M.D., FACOG
Magdalena Flores, M.D.

844 Central Blvd., Suite 140         Tel. (956) 550-8733
Brownsville, Texas 78520             Fax (956) 550-9299