United States District Court
Southern District of Texas
FILED

NOV 07 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON (OPPOSED) MOTION FOR SUBSTITUTION OF
THE UNITED STATES OF AMERICA AS DEFENDANT IN THE STEAD OF
MAGDALENA FLORES, M.D. AND MEMORANDUM IN SUPPORT THEREOF

CIVIL ACTION NO. B-02-188          DATE & TIME:   11-07-02 AT 1:30 P.M.

ANDY LUNA & CRISTINA LUNA,          PLAINTIFF(S)   PETER M. ZAVALETTA
INDIVIDUALLY AND AS NEXT FRIEND     COUNSEL
OF HECTOR ANDY LUNA, A MINOR
CHILD

VS.

MAGDALENA FLORES, M.D. AND          DEFENDANT(S)   NANCY MASSO
BROWNSVILLE OBSTETRICS &            COUNSEL         RICARDO ADOBBATI
GYNECOLOGY, P.L.L.C.

---

ERO:  Irma Soto

Attorneys Peter Zavaletta, Nancy Masso and Ricardo Adobbati appeared.

Motion for Substitution may be moot if the date of the contract between Flores and BCHC is after date of alleged incident.

Counsel for defense is to file a brief as to this issue by November 15, 2002. Counsel for plaintiffs til file a response by November 29, 2002.