UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANDY LUNA AND CRISTINA LUNA  * | |
| Individually and As Next Friend of  * | |
| HECTOR ANDY LUNA, Minor Child,  * | |
| Plaintiffs,  * | |
|   * | |
| v.  * | CIVIL ACTION No. B-02-188 |
|   * | |
| MAGDALENA FLORES, M.D.,  * | |
| and BROWNSVILLE OBSTETRICS &  * | |
| GYNECOLOGY, P.L.L.C.,  * | |
| Defendants.  * | |

### UNITED STATES MOTION TO WITHDRAW FROM THE CASE AND WITHDRAW ALL MOTIONS/PLEADINGS FILED BY THE UNITED STATES
### *OPPOSED*

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files this motion seeking an order allowing the United States to withdraw from this case and consequently its "Motion for Substitution of the United States of America as Defendant in the Stead of Magdalena Flores, M.D. and Memorandum in Support Thereof."

As a result of further inquiry and investigation, the United States Department of Health and Human Services has advised that it has reversed its decision that Defendant Magdalena Flores, M.D., was an employee for purposes of Federal Tort Claims Act coverage under the provisions of the Federally Supported Health Centers Assistance Act. 42 U.S.C. 233, *et seq*. See Government's Exhibit 1 attached hereto and incorporated by reference herein. As a result of this determination, the United States must withdraw from this lawsuit and respectfully asks that this Court enter an order allowing for the withdrawal of all pleadings filed by the United States, and consequently, a remand of this matter to the state district court.

WHEREFORE, PREMISES CONSIDERED, the United States prays that this Court grant this motion and enter an order causing the withdrawal of the United States from this case

as well as the withdrawal of any and all pleadings filed by the United States herein.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### Statement of Consultation

In accordance with the local Rules of this Court, the undersigned contacted Ricardo Adobatti, Attorney for Defendant Brownsville Obstetrics and Gynecology (who also filed an Answer on behalf of Magdalena Flores) regarding this motion. Mr. Adobatti does not oppose this motion.

The undersigned also placed a call to Plaintiffs' attorney Peter Zavaleta. Mr. Zavaleta was not in and a message was left. As of the time of filing, Mr. Zavaleta had not returned this phone call. Unless advised otherwise, the undersigned assumes that Mr. Zavaleta is opposed to this motion.

November 15, 2002

Nancy L. Masso
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing copy of the Memorandum in Support of the United States's Motion for Substitution was mailed via certified mail-return receipt requested on this the 15th day of November, 2002 to the following:

Peter M. Zavaleta
Attorney at Law
603 E. St. Charles Street
Brownsville, TX 78520
(Counsel for Plaintiffs)

Ricardo M. Adobatti
Attorney at Law
LAW OFFICES OF RICARDO M. ADOBBATI
134 E. Price Road
Brownsville, TX 78521

NANCY L. MASSO
Assistant United States Attorney

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division

330 Independence Avenue, S.W.
Rm. 5362 Wilbur J. Cohen Federal Building
Washington, DC 20201

NOV 15 2002

Nancy L. Masso
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
600 East Harrison Street, Suite # 201
Brownsville, Texas 78520

Re:   Andy Luna and Cristina Luna v. Magdalena Flores, M.D., et al., Civil Action No. B-02-188 (Southern District of Texas, Brownsville Division)

Dear. Ms. Masso:

On July 12, 2002, the Department of Health and Human Services (HHS) requested representation for Dr. Magdalena Flores in the above-referenced matter. HHS made that recommendation based upon the agreement between Dr. Flores and Brownsville Community Health Center, Inc., and her statement that she had only been compensated by the health center for the services provided to the plaintiff.

The Federally Supported Health Centers Assistance Act (FSHCAA or the Act), 42 U.S.C. § 233(g)-(n), was originally enacted in 1992 and amended in 1995 in response to steadily increasing medical malpractice insurance costs that were having an adverse impact on the ability of HHS grantees to furnish primary health care services to medically under served populations. H. Rep. No. 104-398 at 4, reprinted at 1996 U.S.C.C.A.N. 769. To remedy this situation, the FSHCAA provides that in certain cases, HHS grantees, their employees and specified contractors are "deemed" to be employees of the Public Health Service. 42 U.S.C. § 233(g)(1)(A).

Individual health care practitioners must be either employees of the health center or individuals with a direct contractual relationship with the health center to come within the ambit of the FSHCAA. Employees of an entity contracting with the center are not covered by the Act, and, consequently, are not covered by the FTCA. Cruz v. United States, 70 F. Supp. 2d 1290, 1296 (S.D. Fla. 1998). See Bureau of Primary Health Care Policy Information Notice 99-08.

Upon further inquiry, the Agency has discovered a fact that leads us to conclude that Dr. Flores was not covered under the Act when she treated the plaintiffs. At the time of the incident, June

GOVERNMENT EXHIBIT "1"

Page 2 - Nancy L. Masso

2000, even though the contract stated a starting date of February 2000, the 1099 form from 2000 reflects Brownsville Obstetrics & GYN, P.L.L.C. as the recipient for the payments for gynecological services, not Dr. Flores. (This form was not submitted to the Agency until November 13, 2002).

Therefore, based on this newly discovered information, we ask you to withdraw from the case.

Very truly yours,

Elizabeth J. Gianturco
Claims and Employment Law Branch

cc:

Ms. Paula Gomez
Executive Director
Brownsville Community Health Center
2137 E. 22nd Street
Brownsville, Texas 78521

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANDY LUNA AND CRISTINA LUNA *<br>Individually and As Next Friend of *<br>HECTOR ANDY LUNA, Minor Child, *<br>    Plaintiffs, *<br>                            *<br>v.                           *<br>                            *<br>MAGDALENA FLORES, M.D., *<br>and BROWNSVILLE OBSTETRICS & *<br>GYNECOLOGY, P.L.L.C., *<br>    Defendants. * | CIVIL ACTION No. B-02-188 |

## ORDER

Today, this Court considered the United States' motion to withdraw from the proceedings herein and its request that all other matters filed by the United States be withdrawn. In support of this motion, the United States submitted a statement from the United States Department of Health and Human Services indicating that after further investigation, the Department was no longer of the opinion that Defendant Magdalena Flores, M.D., was entitled to Federal Tort Claims Act coverage pursuant to the provisions of the Federally Supported Health Centers Assistance Act. As such, the United States may no longer pursue any argument that it should be allowed to be substituted as a defendant in the stead of Magdalena Flores, M.D. Having considered this pleading and the arguments of counsel, it is found that this motion should be GRANTED. Therefore, it is:

ORDERED that the United States Motion for Substitution of the United States of America as Defendant in the Stead of Magdalena Flores, M.D. and Memorandum in Support Thereof and the papers filed by the United States relating to the removal of this action be WITHDRAWN.

IT IS FURTHER ORDERED that this lawsuit be REMANDED back to the originating state court.

SIGNED this _____ day of _____, 2002.

_____
John Wm. Black
United States Magistrate Judge