*10*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA | § | |
| Individually and as Next Friend of | § | |
| HECTOR ANDY LUNA, Minor Child | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-188 |
| | § | |
| | § | |
| MAGDALENA FLORES, M.D. | § | |
| & BROWNSVILLE OBSTETRICS & | § | |
| GYNECOLOGY, P.L.L.C. | § | |

## NOTICE OF PLAINTIFFS' NON-OPPOSITION TO UNITED STATES' MOTION TO WITHDRAW FROM THE CASE AND WITHDRAW ALL MOTIONS/PLEADINGS FILED BY THE UNITED STATES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ANDY LUNA et al., Plaintiffs in the above-styled, and file this their NOTICE OF NON-OPPOSITION TO UNITED STATES' MOTION TO WITHDRAW FROM THE CASE AND WITHDRAW ALL MOTIONS/PLEADINGS FILED BY THE UNITED STATES.

Plaintiffs request this matter be remanded to the 197th District Court, Cameron County, Texas, Cause No. 2002-05-002179-C, that all costs incurred in so doing be adjudged against defendants, and for such other and further relief to which Plaintiffs may be justly entitled.

Respectfully Submitted,

## THE ZAVALETTA LAW FIRM

603 E. St. Charles Street
Brownsville, Texas 78520
Telephone  (956) 546-5567
Facsimile    (956) 541-2205
ATTORNEY FOR PLAINTIFFS

By: _____

PETER M. ZAVALETTA
State Bar No. 22251600


### CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 18th day of November 2002 the above and foregoing document has been mailed, certified mail, return receipt requested to:

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St. No. 201
Brownsville, Texas 78520
(VIA FACSIMILE & VIA FIRST CLASS MAIL)


Ricardo M. Adobatti
134 E. Price Rd.
Brownsville, Texas 78521
(VIA FACSIMILE & VIA FIRST CLASS MAIL)

_____
PETER M. ZAVALETTA