**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**NOV 1 9 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANDY LUNA AND CRISTINA LUNA | * | |
| Individually and As Next Friend of | * | |
| HECTOR ANDY LUNA, Minor Child, | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-02-188 |
| | * | |
| MAGDALENA FLORES, M.D., | * | |
| and BROWNSVILLE OBSTETRICS & | * | |
| GYNECOLOGY, P.L.L.C., | * | |
| Defendants. | * | |

**ORDER**

Today, this Court considered the United States' motion to withdraw from the proceedings herein and its request that all other matters filed by the United States be withdrawn. In support of this motion, the United States submitted a statement from the United States Department of Health and Human Services indicating that after further investigation, the Department was no longer of the opinion that Defendant Magdalena Flores, M.D., was entitled to Federal Tort Claims Act coverage pursuant to the provisions of the Federally Supported Health Centers Assistance Act. As such, the United States may no longer pursue any argument that it should be allowed to be substituted as a defendant in the stead of Magdalena Flores, M.D. Having considered this pleading and the arguments of counsel, it is found that this motion should be GRANTED. Therefore, it is:

ORDERED that the United States Motion for Substitution of the United States of America as Defendant in the Stead of Magdalena Flores, M.D. and Memorandum in Support Thereof and the papers filed by the United States relating to the removal of this action be WITHDRAWN.

IT IS FURTHER ORDERED that this lawsuit be REMANDED back to the originating state court.

SIGNED this _19th_ day of _November_, 2002.

John Wm. Black
United States Magistrate Judge