United States District Court
Southern District of Texas
FILED

NOV 2 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDY LUNA & CRISTINA LUNA, | § | CASE NO. CA-B-02-188 |
| INDIVIDUALLY AND AS NEXT | § | |
| FRIEND OF HECTOR ANDY LUNA, | § | |
| A MINOR CHILD | § | |
| | § | BROWNSVILLE, TEXAS |
| VERSUS | § | |
| | § | NOVEMBER 7, 2002 |
| MAGDALENA FLORES, M.D. | § | |
| AND BROWNSVILLE OBSTETRICS & | § | |
| GYNECOLOGY, P.L.L.C. | § | 1:34 P.M. TO 2:05 P.M. |

HEARING ON (OPPOSED) MOTION FOR SUBSTITUTION
OF THE USA AS DEFENDANT IN THE STEAD OF MAGDALENA
FLORES, M.D. AND MEMORANDUM IN SUPPORT THEREOF

BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | SEE NEXT PAGE |
| For the Defendant: | SEE NEXT PAGE |
| Court Recorder: | Irma Soto |

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292-5675
713.697.4718 (office)
713.697.4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.